Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Lamb and Gibson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO.<br><br>**NOTICE OF REMOVAL** |

Defendants Lamb and Gibson pursuant to Fed. R. Civ. P. 81(c) and 28 U.S.C. § 1441, hereby provide notice of removal of the above-captioned case from the Superior Court of the State of Arizona, County of Pinal, filed under Case No. S1100CV202400661 to this Court. Pursuant to 28 U.S.C. § 1446(a), Defendants submit this notice and provides the following grounds for removal:

    1.    On March 15, 2024, Plaintiffs filed a Complaint against Defendants in the Superior Court of the State of Arizona, County of Pinal County, Case No. S1100CV202400661, with the caption *Allison Obregon, an Individual; Allison Obregon on*

1 | *Behalf of and as Legal Guardian and Parent of Her Minor Child, MC; Allison Obregon as*
2 | *Pending Personal Representative of the Estate of Micheal Obregon; Meagan Brady,*
3 | *Individually; Meagan Brady on Behalf of and as Legal Guardian and Parent of Her Minor*
4 | *Child, MB; v. Mark Lamb and Jane Doe Lamb, Husband and Wife; Brady Gibson and Jane*
5 | *Doe Gibson, Husband and Wife; John and Jane Does 1-X.* A copy of the Complaint is attached as Exhibit 1. The Complaint asserts federal claims, pursuant to 42 U.S.C. § 1983, for violation of their Fourth, Fourteenth Amendment rights.

2. This Court has original jurisdiction over Plaintiffs' Complaint pursuant to 28 U.S.C. § 1331, as Plaintiffs assert claims pursuant to 42 U.S.C. § 1983 (federal question). Plaintiffs also assert state law wrongful death, survival action, gross negligence, battery, infliction of emotional distress claims. This Court has supplemental jurisdiction over Plaintiffs' state law claims pursuant to 28 U.S.C. § 1367(a), as they "form part of the same case or controversy under Article III of the United States Constitution" as Plaintiffs' federal claims. This action may be removed pursuant to 28 U.S.C. § 1441(a).

3. Defendant Mark Lamb was served with the Complaint on June 9, 2024. A copy of the return of service on Defendant Lamb is attached as Exhibit 2. Defendant Brady Gibson was served with the Complaint on June 12, 2024. A copy of the return of service on Defendant Gibson is attached as Exhibit 3. This Notice of Removal is being filed within 30 days after Defendants' initial receipt of the Complaint on June 9, 2024, and is thus timely filed pursuant to 28 U.S.C. § 1446(b)(1).

4. True and correct copies of all pleadings and documents that were previously filed with the state court are attached as Exhibit 4.

5. Defendants have not yet responded to Plaintiffs' Complaint. Defendant Lamb's deadline to do so is July 1, 2024, and Defendant Gibson's deadline to do so is July 2, 2024.

6. All Defendants who have been properly joined and served in this action to date consent to the removal of this action, pursuant to 28 U.S.C. § 1446(b)(2)(A).

7. Contemporaneously with this filing, Defendants have filed a Notice of Filing Notice of Removal in the Superior Court of the State of Arizona, County of Pinal. A copy of the Notice of Filing Notice of Removal is attached as Exhibit 5.

WHEREFORE, Defendants respectfully request that the above action now pending in the Superior Court of the State of Arizona, County of Pinal, be removed to this Court.

DATED this 21st day of June, 2024.

                WIENEKE LAW GROUP, PLC

By: */s/ Laura Van Buren*
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Lamb and Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Robert T. Mills
> Sean A. Woods
> MILLS + WOODS LAW, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

> N/A

By: */s/ Lauren Rasmussen*