# INDEX OF EXHIBITS – DEFENDANTS' NOTICE OF REMOVAL

*Obregon, et al. v. Mark Lamb, et al.*

| | |
|---|---|
| 1 | Complaint |
| 2 | Certificate of Service re Defendant Mark Lamb |
| 3 | Certificate of Service re Defendant Brady Gibson |
| 4 | Superior Court Pleadings |
| 5 | Notice of Filing Notice of Removal |