UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

## Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the District of Arizona.

**The completed cover sheet must be printed directly to PDF and filed as an attachment to the Complaint or Notice of Removal.**

| | | | |
|---|---|---|---|
| Plaintiff(s): | **Allison Obregon Individually and Behalf of and as Legal Guardian and Parent of Her Minor Child, MC and as Pending Personal Representative of the Estate of Micheal Obregon , ; Meagan Brady Individually and Behalf of and as Legal Guardian and Parent of Her Minor Child, MB , ;** | Defendant(s): | **Mark Lamb , ; Jane Doe Lamb , ; Brady Gibson , ; Jane Doe Gibson , ;** |

County of Residence: Pinal

County of Residence: Pinal

County Where Claim For Relief Arose: Pinal

Plaintiff's Atty(s):

**Robert T. Mills ,**
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona  85014
480-999-4556

**Sean A. Woods ,**
Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
, Arizona  85014
480-999-4556

Defendant's Atty(s):

**Kathleen L. Wieneke ,**
Wieneke Law Group, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona  85288
(602) 715-1868

**Laura Van Buren ,**
Wieneke Law Group, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona  85288
(602) 715-1868

**IFP REQUESTED**

**REMOVAL FROM Pinal COUNTY, CASE #S1100CV202400661**

| | |
|---|---|
| <u>II. Basis of Jurisdiction</u>: | 3. Federal Question (U.S. not a party) |
| <u>III. Citizenship of Principal Parties</u>**(Diversity Cases Only)** | |
| Plaintiff:- | N/A |
| Defendant:- | N/A |
| <u>IV. Origin</u> : | 2. Removed From State Court |
| <u>V. Nature of Suit</u>: | 440 Other Civil Rights |
| <u>VI.Cause of Action:</u> | 42 U.S.C. § 1983 – excessive force; gross negligence; wrongful death; battery; intentional infliction of emotional distress; negligent infliction of emotional distress |
| <u>VII. Requested in Complaint</u> | |
| Class Action: | No |
| Dollar Demand: | |

Jury Demand: Yes

VIII. This case **is not related** to another case.

**Signature:** Laura Van Buren

**Date:** 06/21/2024

*If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the* Back *button in your browser and change it. Once correct, save this form as a PDF and include it as an attachment to your case opening documents.*

Revised: 01/2014