# SUPPLEMENTAL CIVIL COVER SHEET
# FOR CASES REMOVED FROM ANOTHER JURISDICTION

This form must be attached to the Civil Cover Sheet at the time the case is filed in the United States District Clerk's office.

Additional sheets may be used as necessary.

**1. Style of the Case:**

Please include all Plaintiff(s), Defendant(s), Intervenor(s), Counter claimant(s), Crossclaimant(s) and Third party Claimant(s) still remaining in the case and indicate their party type. Also, please lists the attorney(s) of record for each party named and include their bar number, firm name, correct mailing address, and phone number (including area code).

| Party | Party Type | Attorney(s) |
|---|---|---|
| **Allison Obregon Individually and Behalf of and as Legal Guardian and Parent of Her Minor Child, MC and as Pending Personal Representative of the Estate of Micheal Obregon** | **Plaintiff** | Robert T. Mills #018853<br>Sean A. Woods (#028930<br>MILLS+ WOODS LAW, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona 85014<br>Telephone 480.999.4556 |
| **Meagan Brady Individually and Behalf of and as Legal Guardian and Parent of Her Minor Child, MB** | **Plaintiff** | Robert T. Mills #018853<br>Sean A. Woods (#028930<br>MILLS+ WOODS LAW, PLLC<br>5055 North 12th Street, Suite 101<br>Phoenix, Arizona 85014<br>Telephone 480.999.4556 |
| **Mark Lamb** | **Defendant** | Kathleen L. Wieneke, Bar #011139<br>Laura Van Buren, Bar #031669<br>Wieneke Law Group, PLC<br>1225 W. Washington Street, Suite 313<br>Tempe, Arizona 85281<br>(602) 715-1868 |
| **Jane Doe Lamb** | **Defendant** | Kathleen L. Wieneke, Bar #011139<br>Laura Van Buren, Bar #031669<br>Wieneke Law Group, PLC<br>1225 W. Washington Street, Suite 313<br>Tempe, Arizona 85281<br>(602) 715-1868 |
| **Brady Gibson** | **Defendant** | Kathleen L. Wieneke, Bar #011139<br>Laura Van Buren, Bar #031669<br>Wieneke Law Group, PLC |

| Party | Party Type | Attorney(s) |
|---|---|---|
| | | 1225 W. Washington Street, Suite 313<br>Tempe, Arizona 85281<br>(602) 715-1868 |
| **Jane Doe Gibson** | **Defendant** | **Kathleen L. Wieneke, Bar #011139**<br>**Laura Van Buren, Bar #031669**<br>**Wieneke Law Group, PLC**<br>**1225 W. Washington Street, Suite 313**<br>**Tempe, Arizona 85281**<br>**(602) 715-1868** |

**2.    Jury Demand:**

Was a Jury Demand made in another jurisdiction?     **No.**

If "yes," by which party and on what date?

**3.    Answer:**

Was an Answer made in another jurisdiction?    No

If "yes," by which party and on what date?    N/A

**4.    Served Parties:**

The following parties have been served at the time this case was removed:

| Party | Date Served | Method of Service |
|---|---|---|
| **Mark Lamb** | **June 9, 2024** | **Process Server** |
| **Jane Doe Lamb** | **June 9, 2024** | **Process Server** |
| **Brady Gibson** | **June 12, 2024** | **Process Server** |
| **Jane Doe Gibson** | **June 12, 2024** | **Process Server** |

**5.    Unserved Parties:**

The following parties have not been served at the time this case was removed:

| Party | Reason Not Served |
|---|---|
| **John and Jane Does 1-X** | |

**6.      Nonsuited, Dismissed or Terminated Parties:**

Please indicate changes from the style of the papers form another jurisdiction and the reason for the change:

| Party | Reason for Change |
|---|---|
| N/A | |

**7.      Claims of the Parties:**

The filing party submits the following summary of the remaining claims of each party in this litigation:

| Party | Claims |
|---|---|
| **Plaintiff** | **42 U.S.C. § 1983 – excessive force; gross negligence; wrongful death; battery; intentional infliction of emotional distress; negligent infliction of emotional distress** |

**Pursuant to 28 U.S.C. § 1446(a) a copy of all process, pleadings, and orders served in another jurisdiction (State Court) shall be filed with this removal.**