Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Lamb and Gibson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-DJH<br><br>**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING**<br><br>**(FIRST REQUEST)** |

Defendants Lamb and Gibson request an extension of the deadline to file their responsive pleading to Plaintiffs' Complaint until **July 16, 2024.** Defendant Lamb's and Defendant Gibson's responsive pleadings are currently due on July 1, 2024, and July 2, 2024, respectively. The extension will provide a single responsive pleading date and will provide sufficient time for the parties to meet and confer regarding the sufficiency of the Complaint before Defendants file their responsive pleading. In addition, additional time is requested because defense counsel will be traveling out-of-state Fourth of July holiday. The parties have conferred, and Plaintiffs do not oppose this request.

...

DATED this 26th day of June, 2024.

                    WIENEKE LAW GROUP, PLC

By:   */s/ Laura Van Buren*
       Kathleen L. Wieneke
       Laura Van Buren
       1225 West Washington Street, Suite 313
       Tempe, Arizona 85288
       *Attorneys for Defendants Lamb and Gibson*

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Robert T. Mills
>Sean A. Woods
>MILLS + WOODS LAW, PLLC
>5055 North 12th Street, Suite 101
>Phoenix, Arizona 85014
>*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

>N/A

By:   */s/ Lauren Rasmussen*