1
2
3
4
5
6

## UNITED STATES DISTRICT COURT

7

## DISTRICT OF ARIZONA

8

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB; | NO. 2:24-cv-01510-DJH<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION TO FILE RESPONSIVE PLEADING** |
| Plaintiffs, | |
| v. | |
| MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X, | |
| Defendants. | |

9
10
11
12
13
14
15
16
17
18
19

The Court, having reviewed Defendants Lamb and Gibson's Unopposed Motion for

20

Extension to File Responsive Pleading, and good cause appearing,

21

IT IS ORDERED that the Unopposed Motion is GRANTED.

22

IT IS FURTHER ORDERED that Defendants' responsive pleading is due by **July**

23

**16, 2024**.

24
25

DATED: _____

26
27

_____
Honorable Diane J. Humetewa
United States District Judge

28