|   |   |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
| 2 | Laura Van Buren, Bar #031669<br>WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313<br>Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868<br>Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com<br>Email: lvanburen@wienekelawgroup.com |

*Attorneys for Defendants Lamb and Gibson*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB; | NO. 2:24-cv-01510-DJH<br><br>**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANTS TO FILE A RESPONSIVE PLEADING**<br><br>**(Second Request)** |
|---|---|
| Plaintiffs, | |
| v. | |
| MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X, | |
| Defendants. | |

The deadline for Defendants Lamb and Gibson to respond to Plaintiffs' Complaint is currently July 16, 2024. Defendants believe that the Complaint fails under Fed. R. Civ. P. 12(b)(6), and as required by the Local Rules, the parties are conferring in good faith regarding the Complaint's sufficiency. To avoid unnecessary briefing and preserve the resources of the Court, the parties request one additional, two-week extension—until **July 30, 2024**—for the parties to continue their conferrals and for Defendants to file their responsive pleading to the Complaint. The parties affirm that this request is made in good faith and not for purposes of delay.

DATED this 11th day of July, 2024.

                        WIENEKE LAW GROUP, PLC

By:   */s/ Laura Van Buren*
      Kathleen L. Wieneke
      Laura Van Buren
      1225 West Washington Street, Suite 313
      Tempe, Arizona 85288
      *Attorneys for Defendants Lamb and Gibson*

AND

MILLS + WOODS LAW, PLLC

By:   */s/ Sean A. Woods (with permission)*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, Arizona 85014
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Robert T. Mills
>Sean A. Woods
>MILLS + WOODS LAW, PLLC
>5055 North 12th Street, Suite 101
>Phoenix, Arizona 85014
>*Attorneys for Plaintiff*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

>N/A

By:   */s/ Lauren Rasmussen*