1

2

3

4

5

6 **UNITED STATES DISTRICT COURT**

7 **DISTRICT OF ARIZONA**

8 | ALLISON OBREGON, an individual; | NO. 2:24-cv-01510-DJH
9 | ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, |
10 | MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF | **PROPOSED ORDER GRANTING**
| MICHEAL OBREGON; MEAGAN BRADY, | **JOINT MOTION FOR EXTENSION**
11 | individually; MEAGAN BRADY on behalf of | **OF TIME FOR DEFENDANTS TO**
| and as legal guardian and parent of her minor | **FILE RESPONSIVE PLEADING**
12 | child, MB; |

13 Plaintiffs,

14 v.

15 MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and
16 JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,

17 Defendants.

18

19 The Court, having considered the parties' Joint Motion for Extension of Time for

20 Defendants to File a Responsive Pleading ("Joint Motion"), and good cause appearing,

21 IT IS HEREBY ORDERED granting the Joint Motion.

22 IT IS FURTHER ORDERED that the Defendants shall have up to and including July

23 30, 2024 to file a responsive pleading to Plaintiffs' Complaint.

24

25 DATED: _____

26

27 _____
Honorable Diane J. Humetewa
28 United States District Judge