Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Lamb and Gibson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-DJH<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE AND SEAL NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT** |

Defendants Lamb and Gibson ("Defendants") move for leave to file *three* non-electronic exhibits and to seal the same in support of their Motion to Dismiss Plaintiffs' Complaint.

The non-electronic exhibits—labeled Exhibits 1, 2, and 3—are the body worn camera video of three law enforcement officers who responded to the scene and interacted with Plaintiff MB. They depict events that are directly relevant to MB's claim of intentional infliction of emotional distress in this case. Defendants ask that the three non-electronic

exhibits be sealed because they depict minor MB. Further, in Exhibit 2, MB provides her full name, date of birth, and home address.

As a result of the foregoing, Defendant requests leave to file and seal the following non-electronic exhibits:

| Exhibit 1 | Body Worn Camera of Officer Fox **UNDER SEAL** |
| --- | --- |
| Exhibit 2 | Body Worn Camera of Officer Reed **UNDER SEAL** |
| Exhibit 3 | Body Worn Camera of Sergeant Rush **UNDER SEAL** |

DATED this 30th day of July, 2024.

                        WIENEKE LAW GROUP, PLC

By: */s/ Laura Van Buren*
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Lamb and Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Robert T. Mills
> Sean A. Woods
> MILLS + WOODS LAW, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

> N/A

By: */s/ Lauren Rasmussen*