Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of The Estate of Michael Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does I-X,<br><br>Defendants. | Case No.: CV-24-01510-PHX-DJH<br><br>**PLAINTIFFS' NOTICE OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE AND SEAL NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' COMPLAINT**<br><br>(Assigned to the Honorable Diane J. Humetewa) |

Through undersigned counsel, Plaintiffs hereby notify the Court and Defendants that they do not oppose Defendants' Motion for Leave to File and Seal Non-Electronic Exhibits in Support of Motion to Dismiss Plaintiffs' Complaint, ECF No. 9.

///

///

///

**RESPECTFULLY SUBMITTED** this 30th day of July 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
Wieneke Law Group, PLC
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

  */s/ Ben Dangerfield*