# EXHIBIT 1
# (Non-Electronic Exhibit)
# (Under Seal)

# EXHIBIT 2
# (Non-Electronic Exhibit)
# (Under Seal)

# EXHIBIT 3
# (Non-Electronic Exhibit)
# (Under Seal)