Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of The Estate of Michael Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does I-X,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(First Request)<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs and Defendants Lamb and Gibson hereby stipulate and agree to extend the time within which Plaintiffs may file their Response to Defendants Lamb and Gibson's Motion to Dismiss Plaintiffs' Complaint, ECF No. 11, until up to and including August 26, 2024, in accordance with the [Proposed] Order filed concurrently herewith and attached hereto. This Stipulation is agreed to in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 9th day of August 2024.

          **MILLS + WOODS LAW, PLLC**

          By */s/ Sean A. Woods*
            Robert T. Mills
            Sean A. Woods
            5055 North 12th Street, Suite 101
            Phoenix, AZ 85014
            *Attorneys for Plaintiffs*

          **WIENEKE LAW GROUP, PLC**

          By */s/ Laura Van Buren (w/ permission)*
            Kathleen L. Wieneke
            Laura Van Buren
            1225 W Washington St., Ste. 313
            Tempe, Arizona 85288
            *Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*


   */s/ Ben Dangerfield*

2