Mills + Woods Law, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of The Estate of Michael Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does I-X,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(The Honorable Krissa M. Lanham) |

THE COURT, having reviewed the parties' Stipulation for Extension of Time to Respond to Motion to Dismiss (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the time within which Plaintiffs may file their Response to Defendants Lamb and Gibson's Motion to Dismiss Plaintiffs' Complaint, ECF No. 11, until up to and including August 26, 2024.