# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, et al., | No. CV-24-01510-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Lamb, et al., | |
| Defendants. | |

Defendants' request to file non-electronic exhibits under seal is granted. The scheduling conference set for August 27, 2024, is vacated. Upon review of the parties' Rule 26(f) report, the court will hold a scheduling conference if necessary.

Accordingly,

**IT IS ORDERED** the Motion to File and Seal Non-Electronic Exhibit (Doc. 9) is **GRANTED**. Defendants may file the non-electronic exhibits under seal. This order shall not be sealed.

**IT IS FURTHER ORDERED** Defendants Lamb and Gibson must deliver an additional copy of the sealed exhibits to Judge Lanham's mailbox in the courthouse within **seven days** of this order.

**IT IS FURTHER ORDERED** the **August 27, 2024**, scheduling conference is **VACATED**.

/
/

**IT IS FURTHER ORDERED** the parties shall file their Rule 26(f) report no later than **August 20, 2024**. The Rule 26(f) report and proposed case management order must be prepared and filed using the requirements and format set forth at azd.uscourts.gov/judges/judges-orders under Lanham, Krissa M.

Dated this 14th day of August, 2024.

Honorable Krissa M. Lanham
United States District Judge