Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

Attorneys for Defendants Lamb and Gibson

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**DEFENDANTS' NOTICE OF FILING UNDER SEAL NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION TO DISMISS** |

Defendants Lamb and Gibson give notice that they are filing under seal Non-Electronic Exhibits 1, 2, and 3 in support of their Motion to Dismiss Plaintiffs' Complaint (Doc. 9). The Court granted permission for filing under seal the non-electronic exhibits on August 15, 2024. (Doc. 16). The non-electronic exhibits consist of the body worn camera video of three law enforcement officers. These non-electronic exhibits are being sent to the Court and Judge Lanham's mailbox via flash drive today.

///

///

///

DATED this 16th day of August, 2024.

                                            WIENEKE LAW GROUP, PLC

                      By:    */s/ Laura Van Buren*
                             Kathleen L. Wieneke
                             Laura Van Buren
                             1225 West Washington Street, Suite 313
                             Tempe, Arizona 85288
                             *Attorneys for Defendants Lamb and Gibson*

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Robert T. Mills
> Sean A. Woods
> MILLS + WOODS LAW, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

> N/A

By:   */s/ Lauren Rasmussen*