# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, et al., | No. CV-24-01510-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Lamb, et al., | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 20) is **GRANTED**. Plaintiffs shall file their response to the motion to dismiss no later than **August 30, 2024**.

Dated this 26th day of August, 2024.

*(signature)*
Honorable Krissa M. Lanham
United States District Judge