1  Kathleen L. Wieneke, Bar #011139
2  Laura Van Buren, Bar #031669
   WIENEKE LAW GROUP, PLC
3  1225 West Washington Street, Suite 313
   Tempe, Arizona 85288
4  Telephone: (602) 715-1868
   Fax: (602) 455-1109
5  Email: kwieneke@wienekelawgroup.com
   Email: lvanburen@wienekelawgroup.com

6  *Attorneys for Defendants Lamb and Gibson*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF ARIZONA**

9  ALLISON OBREGON, an individual;          NO. 2:24-cv-01510-PHX-KML
   ALLISON OBREGON on behalf of and as
10 legal guardian and parent of her minor child,   **DEFENDANTS LAMB AND**
   MC; ALLISON OBREGON as pending          **GIBSON'S NOTICE OF SERVICE**
11 personal representative of THE ESTATE OF   **OF DISCOVERY**
   MICHEAL OBREGON; MEAGAN BRADY,
12 individually; MEAGAN BRADY on behalf of
   and as legal guardian and parent of her minor
13 child, MB;

14                  Plaintiffs,

15 v.

16 MARK LAMB and JANE DOE LAMB,
   husband and wife; BRADY GIBSON and
17 JANE DOE GIBSON, husband and wife;
   JOHN AND JANE DOES 1-X,
18
                   Defendants.
19

20        NOTICE IS HEREBY GIVEN that Defendants Lamb and Gibson have served their

21 Initial Disclosure Statement on this date, via electronic mail, to all counsel of record.

22        DATED this 27th day of August, 2024.

23
                              WIENEKE LAW GROUP, PLC
24
                       By:    */s/ Laura Van Buren*
25                            Kathleen L. Wieneke
                              Laura Van Buren
26                            1225 West Washington Street, Suite 313
                              Tempe, Arizona 85288
27                            *Attorneys for Defendants Lamb and Gibson*
28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on August 27, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By:    */s/ Lauren Rasmussen*