Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of The Estate of Michael Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does I-X,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(Third Request)<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs hereby move to extend the time within which Plaintiffs may file their Response to Defendants Lamb and Gibson's Motion to Dismiss Plaintiffs' Complaint, ECF No. 11, until up to and including September 11, 2024, in accordance with the [Proposed] Order filed concurrently herewith and attached hereto. Defendants have indicated they do not oppose an extension. Such an extension is necessary and appropriate here. Plaintiffs

– after reviewing Defendants' Motion to Dismiss – have found multiple areas of the Complaint that with amendment, should cure many of the arguments posited by Defendants. Accordingly, Plaintiffs and Defendants will require additional time to discuss these amendments to allow Plaintiffs to streamline the claims in Plaintiffs' Complaint. However, because of the Labor Day weekend and out of office schedules, the parties have not yet been able to finalize those discussions – thus, an extension is needed. This Motion is made in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 30th day of August 2024.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

    */s/ Ben Dangerfield*