Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of The Estate of Michael Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does I-X,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(Fourth Request)<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs hereby move to extend the time within which Plaintiffs may file their Response to Defendants Lamb and Gibson's Motion to Dismiss Plaintiffs' Complaint, ECF No. 11, until up to and including September 18, 2024, in accordance with the [Proposed] Order filed concurrently herewith and attached hereto. The parties have conferred, and Defendants have indicated they do not oppose such an extension. Good cause exists for

such an extension because Plaintiffs' counsel was recently notified of an emergency medical situation involving his mother that he needs to immediately attend to. Such an extension is also necessary and appropriate here for the parties to finalize their discussions regarding the possibility of amending Plaintiffs' Complaint to resolve many of Defendants' arguments for dismissal. This Motion is made in good faith and not for purposes of delay.

**RESPECTFULLY SUBMITTED** this 10th day of September 2024.

**MILLS + WOODS LAW, PLLC**

By  /s/ Sean A. Woods
　　Robert T. Mills
　　Sean A. Woods
　　5055 North 12th Street, Suite 101
　　Phoenix, AZ 85014
　　*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 10, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

　　/s/ Ben Dangerfield

2