Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of The Estate of Michael Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does I-X,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS**<br><br>(Assigned to the Honorable Krissa M. Lanham) |

THE COURT, having reviewed Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motion to Dismiss (Fourth Request) ("Plaintiffs' Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiffs' Motion.

///

///

**IT IS FURTHER ORDERED** that Plaintiffs shall have until up to and including September 18, 2024 to file their Response to Defendants Lamb and Gibson's Motion to Dismiss Plaintiffs' Complaint, ECF No. 11.