Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of The Estate of Michael Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does I-X,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**STIPULATION TO DISMISS CERTAIN CLAIMS AND TO FILE AN AMENDED COMPLAINT**<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate and agree to dismiss the following claims and parties from this action with prejudice:

- In Counts I and IV, the A.R.S. § 14-3110 survival action claims;

- In Count II, the 42 U.S.C. § 1983 Fourth Amendment excessive force against Defendant Lamb, only;

- Count VI, Meagan Brady's negligent infliction of emotional distress claim;
- All unnamed Doe Defendants
- All claims for punitive damages on Plaintiffs' state law claims.

The parties further agree that Plaintiffs may file an Amended Complaint by September 20, 2024. Defendants reserve their right to file a Rule 12 Motion on any and all claims set forth in that Amended Complaint.

**RESPECTFULLY SUBMITTED** this 18th day of September 2024.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**WIENEKE LAW GROUP, PLC**

By  */s/ Laura Van Buren (w/ permission)*
    Kathleen L. Wieneke
    Laura Van Buren
    1225 W Washington St., Ste. 313
    Tempe, Arizona 85288
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 18, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

　　　*/s/ Ben Dangerfield*

3