IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, et al., | No. CV-24-01510-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Lamb, et al., | |
| Defendants. | |

The parties filed a "Stipulation to Dismiss Certain Claims and to File an Amended Complaint." (Doc. 28.) That document states plaintiffs wish to dismiss certain "claims and parties from this action with prejudice." The document also states plaintiffs plan to file an amended complaint. Because an amended complaint will be filed, the motion to dismiss aimed at the earlier complaint is denied as moot. Good cause appearing,

**IT IS ORDERED** the Motion to Dismiss (Doc. 11) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** the Stipulation (Doc. 28) is **GRANTED**. The following claims and parties are **DISMISSED WITH PREJUDICE:**

- In Counts I and IV, the A.R.S. § 14-3110 survival action claims;
- In Count II, the 42 U.S.C. § 1983 Fourth Amendment excessive force against defendant Lamb only;
- Count VI, Meagan Brady's negligent infliction of emotional distress claim;
- All unnamed Doe defendants;
- All claims for punitive damages on plaintiffs' state law claims.

**IT IS FURTHER ORDERED** plaintiffs shall file their amended complaint no later than **September 20, 2024**.

Dated this 19th day of September, 2024.

Honorable Krissa M. Lanham
United States District Judge