1
2
3
4
5

Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

6

7

### UNITED STATES DISTRICT COURT

8

### DISTRICT OF ARIZONA

9
10
11
12
13

Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of The Estate of Michael Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,

Case No.: CV-24-1510-PHX-KML

**PLAINTIFFS' NOTICE OF FILING FIRST AMENDED COMPLAINT**

(Assigned to the Honorable Krissa M. Lanham)

14

Plaintiffs,

15

vs.

16

Mark Lamb; and, Brady Gibson,

17

Defendants.

18

19
20
21
22
23
24

Through undersigned counsel and pursuant to Local Rule 15.1(b), Plaintiffs hereby give notice that this same day they filed their First Amended Complaint with Defendants' written permission. A copy of the First Amended Complaint that indicates in what respect it differs from the original Complaint by striking through the text that was deleted and underlining the text that was added is attached as "**Exhibit 1**" hereto.

25

///

26

///

27

28

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

1

2

**RESPECTFULLY SUBMITTED** this 20th day of September 2024.

3

**MILLS + WOODS LAW, PLLC**

4

5

By  */s/ Sean A. Woods*

6
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

7
*Attorneys for Plaintiffs*

8

9

**CERTIFICATE OF SERVICE**

10

I hereby certify that on September 20, 2024, I electronically transmitted the

11

foregoing document to the Clerk's Office using the ECF System for filing and transmittal

12

of a Notice of Electronic Filing to the following ECF registrants:

13

Kathleen L. Wieneke

14
kwieneke@wienekelawgroup.com
Laura Van Buren

15
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**

16
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com

17
1225 W Washington St., Ste. 313
Tempe, Arizona 85288

18
*Attorneys for Defendants*

19

20

*/s/ Ben Dangerfield*

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556