# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO. 2:24-cv-01510- KML<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE AND SEAL NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT** |

The Court, having reviewed Defendants' Motion for Leave to File and Seal Non-Electronic Exhibits in Support of Motion to Dismiss Plaintiffs' First Amended Complaint ("Motion"), and good cause appearing,

**IT IS ORDERED** that the Motion is **GRANTED**. The Clerk is ordered to file Defendants' non-electronic exhibits in support of Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint

**IT IS FURTHER ORDERED** that non-electronic Exhibits 1, 2, and 3 are filed under seal.

1    DATED: _____

2

3                                    _____
                                     Honorable Krissa M. Lanham
4                                    United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28