# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, et al., | No. CV-24-01510-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Lamb, et al., | |
| Defendants. | |

Defendants seek leave to file under seal non-electronic exhibits in support of their motion to dismiss. The exhibits are body worn camera videos depicting a minor during which the minor provides her full name, date of birth, and address. The motion to dismiss "is more than tangentially related to the merits of a case." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1101 (9th Cir. 2016). Thus, there must be "compelling reasons" for filing under seal. *Id.* at 1096. Protecting the minor's information is a compelling reason.

/
/
/
/
/
/
/
/

Accordingly,

**IT IS ORDERED** the Motion to File and Seal Non-Electronic Exhibits (Doc. 32) is **GRANTED**. The Clerk of Court shall accept the non-electronic exhibits and place them under seal. This order shall not be sealed.

Dated this 16th day of October, 2024.

*Krissa M. Lanham*
Honorable Krissa M. Lanham
United States District Judge