1    Kathleen L. Wieneke, Bar #011139
     Laura Van Buren, Bar #031669
2    WIENEKE LAW GROUP, PLC
     1225 West Washington Street, Suite 313
3    Tempe, Arizona 85288
     Telephone: (602) 715-1868
4    Fax: (602) 455-1109
     Email: kwieneke@wienekelawgroup.com
5    Email: lvanburen@wienekelawgroup.com

6    *Attorneys for Defendants Lamb and Gibson*

7                **UNITED STATES DISTRICT COURT**

8                     **DISTRICT OF ARIZONA**

9    ALLISON OBREGON, an individual;            NO. 2:24-cv-01510-PHX-KML
     ALLISON OBREGON on behalf of and as
10   legal guardian and parent of her minor child,   **DEFENDANTS' NOTICE OF FILING**
     MC; ALLISON OBREGON as pending             **NON-ELECTRONIC EXHIBITS IN**
11   personal representative of THE ESTATE OF    **SUPPORT OF MOTION TO DISMISS**
     MICHEAL OBREGON; MEAGAN BRADY,             **PLAINTIFFS' FIRST AMENDED**
12   individually; MEAGAN BRADY on behalf of    **COMPLAINT**
     and as legal guardian and parent of her minor
13   child, MB;

14              Plaintiffs,

15   v.

16   MARK LAMB and JANE DOE LAMB,
     husband and wife; BRADY GIBSON and
17   JANE DOE GIBSON, husband and wife;
     JOHN AND JANE DOES 1-X,
18
                Defendants.
19

20        Defendants Lamb and Gibson ("Defendants") give notice that they are filing under

21   seal non-electronic Exhibits 1-3 in support of their Motion to Dismiss Plaintiffs' First

22   Amended Complaint. The Court granted permission for the under-seal, non-electronic filing

23   on October 16, 2024 (Doc. 35). The non-electronic exhibits are contained on a flash drive

24   and consist of body worn camera video of three law enforcement officers. These non-

25   electronic exhibits are being sent to the Court via flash drive today. Below is an index of

26   the non-electronic exhibits being filed:

27   | Exhibit 1 | Body Worn Camera of Officer Fox **UNDER SEAL** |
     |---|---|
28

| Exhibit 2 | Body Worn Camera of Officer Reed **UNDER SEAL** |
| Exhibit 3 | Body Worn Camera of Sergeant Rush **UNDER SEAL** |

These non-electronic exhibits were served on all counsel on October 4, 2024 via ShareFile link.

DATED this 16th day of October, 2024.

WIENEKE LAW GROUP, PLC

By:     */s/ Laura Van Buren*
     Kathleen L. Wieneke
     Laura Van Buren
     1225 West Washington Street, Suite 313
     Tempe, Arizona 85288
     *Attorneys for Defendants Lamb and Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By:    */s/ Lauren Rasmussen*

3