**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Michael Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>(Assigned to the Honorable Krissa M. Lanham) |

THE COURT, having reviewed "Plaintiffs' Unopposed Motion for Extension of Time to Respond to Motion to Dismiss First Amended Complaint" ("Plaintiffs' Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting Plaintiffs' Motion.

**IT IS FURTHER ORDERED** extending the time within which Plaintiffs may file their Response to "Defendants Lamb and Gibson's Motion to Dismiss Plaintiffs' First Amended Complaint," ECF No. 33, until no later than October 25, 2024.