# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, et al., | No. CV-24-01510-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Lamb, et al., | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** the Motion for Extension of Time (Doc. 37) is **GRANTED**. Plaintiffs shall file their response to the motion to dismiss no later than **October 25, 2024**.

Dated this 18th day of October, 2024.

*/s/ Krissa M. Lanham*
**Honorable Krissa M. Lanham**
**United States District Judge**