1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**

7

**DISTRICT OF ARIZONA**

8   ALLISON OBREGON, an individual;           NO. 2:24-cv-01510- KML
    ALLISON OBREGON on behalf of and as
9   legal guardian and parent of her minor child,
    MC; ALLISON OBREGON as pending         **PROPOSED ORDER GRANTING**
10  personal representative of THE ESTATE OF   **DEFENDANTS' UNOPPOSED**
    MICHEAL OBREGON; MEAGAN BRADY,         **MOTION FOR EXTENSION TO**
11  individually; MEAGAN BRADY on behalf of    **FILE REPLY IN SUPPORT OF**
    and as legal guardian and parent of her minor **MOTION TO DISMISS**
12  child, MB;                                 **PLAINTIFFS' FIRST AMENDED**
                                               **COMPLAINT**
13              Plaintiffs,

14  v.

15  MARK LAMB and JANE DOE LAMB,
    husband and wife; BRADY GIBSON and
16  JANE DOE GIBSON, husband and wife;
    JOHN AND JANE DOES 1-X,
17
                Defendants.
18

19         The Court, having reviewed Defendants Lamb and Gibson's Unopposed Motion for

20  Extension to File Reply in Support of Motion to Dismiss Plaintiffs' First Amended

21  Complaint ("Motion"), and good cause appearing,

22         **IT IS ORDERED** that the Unopposed Motion is **GRANTED**.

23         **IT IS FURTHER ORDERED** that Defendants' reply is due by **December 2, 2024**.

24

25      DATED: _____

26

27                                    _____
                                      Honorable Krissa M. Lanham
28                                    United States District Judge