# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, et al., | No. CV-24-01510-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Lamb, et al., | |
| Defendants. | |

Good cause appearing,

**IT IS ORDERED** the Motion for Extension of Time (Doc. 40) is **GRANTED**. Defendants shall file their reply in support of their motion to dismiss no later than **December 2, 2024**.

Dated this 29th day of October, 2024.

*[signature]*

Honorable Krissa M. Lanham
United States District Judge