1  Kathleen L. Wieneke, Bar #011139
   Laura Van Buren, Bar #031669
2  WIENEKE LAW GROUP, PLC
   1225 West Washington Street, Suite 313
3  Tempe, Arizona 85288
   Telephone: (602) 715-1868
4  Fax: (602) 455-1109
   Email: kwieneke@wienekelawgroup.com
5  Email: lvanburen@wienekelawgroup.com

6  *Attorneys for Defendants Lamb and Gibson*

7  **UNITED STATES DISTRICT COURT**

8  **DISTRICT OF ARIZONA**

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB; | NO. 2:24-cv-01510-PHX-KML  **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION TO DISMISS** |
| Plaintiffs, | |
| v. | |
| MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X, | |
| Defendants. | |

The parties stipulate to extend the deadline for Defendants Lamb and Gibson to file a Reply in Support of their Motion to Dismiss the First Amended Complaint from December 2, 2024 to December 23, 2024. Undersigned counsel completed a multi-week jury trial on November 20, 2024; will be participating in a Ninth Circuit argument on December 2, 2024; and will be traveling out of the country from December 3 through December 12, 2024. The request is made in good faith and not for purposes of unnecessary delay.

///

///

///

DATED this 26th day of November, 2024.

          WIENEKE LAW GROUP, PLC

By:   */s/ Laura Van Buren*
       Kathleen L. Wieneke
       Laura Van Buren
       1225 West Washington Street, Suite 313
       Tempe, Arizona 85288
       *Attorneys for Defendants Lamb and Gibson*

And

MILLS + WOODS LAW, PLLC

By:   */s/ Sean A. Woods (with permission)*
       Robert T. Mills
       Sean A. Woods
       5055 North 12th Street, Suite 101
       Phoenix, Arizona 85014
       *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 26, 2024, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*