**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO. 2:24-cv-01510- KML<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR REPLY IN SUPPORT OF MOTION TO DISMISS** |

The Court, having considered the parties' Stipulation to Extend Deadline for Defendants' Reply in Support of Motion to Dismiss ("Stipulation"), and good cause appearing,

IT IS HEREBY ORDERED granting the Stipulation. Defendants shall have up to and including **December 23, 2024** to file their Reply in Support of the Motion to Dismiss the First Amended Complaint.

DATED: _____

_____
Honorable Krissa M. Lanham
United States District Judge