1

2

3

4

5

6                    **IN THE UNITED STATES DISTRICT COURT**

7                        **FOR THE DISTRICT OF ARIZONA**

8

9    Allison Obregon, et al.,                    No. CV-24-01510-PHX-KML

10                    Plaintiffs,                 **ORDER**

11   v.

12   Mark Lamb, et al.,

13                    Defendants.

14

15          Good cause appearing,

16          **IT IS ORDERED** the Stipulation (Doc. 42) is **GRANTED**. Defendants shall file

17   their reply in support of the motion to dismiss no later than **December 12, 2024**.

18          Dated this 27th day of November, 2024.

19

20

21          _____

22          **Honorable Krissa M. Lanham**
            **United States District Judge**

23

24

25

26

27

28