Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Michael Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**JOINT MOTION TO EXTEND DEADLINES**<br><br>(**First Request**)<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel, Plaintiffs and Defendants jointly move to extend the existing deadlines in this action by approximately ninety (90) days each, as set forth in the in the accompanying [Proposed] Order. Good cause exists for such an extension, which is the first that the parties have requested. After the Court issued its Case Management Order (Doc. 19), Plaintiff filed a First Amended Complaint (Doc. 30), which Defendants moved to dismiss in part (Doc. 33). That Motion to Dismiss is fully briefed and remains pending before the Court. The outcome of this Motion will greatly affect the discovery to be conducted by the parties—particularly as to Meagan Brady's claim on behalf of MB, and as to Allison Obregon's claim for negligent failure to provide medical aid. The Court's

ruling on these claims will affect the written discovery and depositions the parties will conduct and the experts they will retain. The parties therefore request additional time for the Court to fully resolve those claims, and then for the parties to engage in any discovery of them as needed.

Additionally, the parties' discovery efforts have been slowed by counsel's schedules and trial conflicts. Specifically, defense counsel just completed a three-week trial in State Court in *Naranjo v. State* (CV2018-098242), and is set to start another multi-week trial in *Knudsen v. Pinal County* (CV2022-01238). Despite these complications, the parties remain resolved to completing discovery in an expeditious manner, and do not anticipate any further requests for extensions.

Therefore, Plaintiffs and Defendants jointly move and agree to extend the following deadlines, as defined and set forth in the Case Management Order, ECF No. 19, as follows:

1. The last day for the completion of fact discovery, from May 9, 2025 to **August 7, 2025**;

2. The last day for Plaintiffs to provide full and complete expert disclosures, from June 6, 2025 to **September 4, 2025**;

3. The last day for Defendants to provide full and complete expert disclosures, from July 11, 2025 to **October 9, 2025**;

4. The last day for Plaintiffs to make their rebuttal expert disclosures, if any, from August 1, 2025 to **October 30, 2025**;

5. The last day to complete expert depositions, from September 12, 2025 to **December 11, 2025**;

2

6. The last day to notice Rule 35 physical or mental examinations, from May 9, 2025 to **August 7, 2025**;

7. The last day to file dispositive motions, from October 10, 2025 to **January 8, 2026**, and;

8. The last day for parties and their counsel to meet in person and engage in good faith settlement talks, from March 1, 2026 to **June 1, 2026**.

**RESPECTFULLY SUBMITTED** this 6th day of March 2025.

**MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, AZ 85014
   *Attorneys for Plaintiffs*

**WIENEKE LAW GROUP, PLC**

By   */s/ Laura Van Buren (w/ permission)*
   Kathleen L. Wieneke
   Laura Van Buren
   1225 W Washington St., Ste. 313
   Tempe, Arizona 85288
   *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 6, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

    /s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556