UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Michael Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable Krissa M. Lanham) |

THE COURT, having received and reviewed the parties' "Joint Motion to Extend Deadlines" (the "Joint Motion"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Joint Motion.

**IT IS FURTHER ORDERED** extending the following deadlines, as defined and set forth in the Court's Case Management Order, ECF No. 19, as follows:

1. The last day for the completion of fact discovery, from May 9, 2025 to **August 7, 2025**;

2. The last day for Plaintiffs to provide full and complete expert disclosures, from June 6, 2025 to **September 4, 2025**;

3. The last day for Defendants to provide full and complete expert disclosures, from July 11, 2025 to **October 9, 2025**;

4. The last day for Plaintiffs to make their rebuttal expert disclosures, if any, from August 1, 2025 to **October 30, 2025**;

5. The last day to complete expert depositions, from September 12, 2025 to **December 11, 2025**;

6. The last day to notice Rule 35 physical or mental examinations, from May 9, 2025 to **August 7, 2025**;

7. The last day to file dispositive motions, from October 10, 2025 to **January 8, 2026**, and;

8. The last day for parties and their counsel to meet in person and engage in good faith settlement talks, from March 1, 2026 to **June 1, 2026**.

**DATED** this _____ day of _____, 2025.