Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB, <br><br> Plaintiffs, <br><br> vs. <br><br> Mark Lamb; and, Brady Gibson, <br><br> Defendants. | Case No.: CV-24-1510-PHX-KML <br><br> **PLAINTIFFS' NOTICE OF SERVICE OF FIRST SETS OF REQUESTS FOR PRODUCTION AND INTERROGATORIES** <br><br> (Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiffs hereby give notice that this same day they served their First Sets of Requests for Production and Interrogatories to Defendants via email to their counsel.

**RESPECTFULLY SUBMITTED** this 24th day of March 2025.

                **MILLS + WOODS LAW, PLLC**

                By  */s/ Sean A. Woods*
                    Robert T. Mills
                    Sean A. Woods
                    5055 North 12th Street, Suite 101
                    Phoenix, AZ 85014
                    *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 24, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

    /s/ Ben Dangerfield

2