1   Kathleen L. Wieneke, Bar #011139
    Laura Van Buren, Bar #031669
2   WIENEKE LAW GROUP, PLC
    1225 West Washington Street, Suite 313
3   Tempe, Arizona 85288
    Telephone: (602) 715-1868
4   Fax: (602) 455-1109
    Email: kwieneke@wienekelawgroup.com
5   Email: lvanburen@wienekelawgroup.com

6   *Attorneys for Defendants Lamb and Gibson*

7                    **UNITED STATES DISTRICT COURT**

8                         **DISTRICT OF ARIZONA**

9   ALLISON OBREGON, an individual;          NO. 2:24-cv-01510-PHX-KML
    ALLISON OBREGON on behalf of and as
10  legal guardian and parent of her minor child,   **DEFENDANTS LAMB AND**
    MC; ALLISON OBREGON as pending          **GIBSON'S NOTICE OF SERVICE**
11  personal representative of THE ESTATE OF   **OF DISCOVERY**
    MICHEAL OBREGON; MEAGAN BRADY,
12  individually; MEAGAN BRADY on behalf of
    and as legal guardian and parent of her minor
13  child, MB;

14                      Plaintiffs,

15  v.

16  MARK LAMB and JANE DOE LAMB,
    husband and wife; BRADY GIBSON and
17  JANE DOE GIBSON, husband and wife;
    JOHN AND JANE DOES 1-X,
18
                        Defendants.
19

20          NOTICE IS HEREBY GIVEN that Defendants Lamb and Gibson have served the

21  discovery listed below on this date, via electronic mail, to all counsel of record.

22          1.      Defendants' Third Supplemental Disclosure Statement

23          2.      Defendants' First Supplemental Response to Plaintiffs' First Set of Requests

24  for Production.

25  ///

26  ///

27  ///

28

1    DATED this 17th day of June, 2025.

2                                      WIENEKE LAW GROUP, PLC

3
                                By:    /s/ Laura Van Buren
4                                      Kathleen L. Wieneke
                                       Laura Van Buren
5                                      1225 West Washington Street, Suite 313
                                       Tempe, Arizona 85288
6                                      Attorneys for Defendants Lamb and Gibson

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                       2

1

**<u>CERTIFICATE OF SERVICE</u>**

2       I hereby certify that on June 17, 2025, I electronically transmitted the attached

3  document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4  Notice of Electronic Filing to the following CM/ECF registrants:

5

6      Robert T. Mills
       Sean A. Woods

7      MILLS + WOODS LAW, PLLC
       5055 North 12th Street, Suite 101

8      Phoenix, Arizona 85014
       *Attorneys for Plaintiffs*

9

10      I hereby certify that on this same date, I served the attached document by U.S. Mail,

11  postage prepaid, on the following, who is NOT a registered participant of the CM/ECF

12  System:

13        N/A

14

15            By:   */s/ Lauren Rasmussen*

16

17

18

19

20

21

22

23

24

25

26

27

28