Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**STIPULATION TO EXTEND DEADLINES**<br><br>**(Second Request)**<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs and Defendants hereby stipulate and agree to extend the existing deadlines in this action by approximately sixty days each, in accordance with the [Proposed] Order attached hereto.

Good cause exists for such an extension, which is the second that the parties have requested. In addition to substantial briefing on Defendants' Motion to Dismiss, the parties have exchanged disclosure statements and served extensive written discovery. That discovery has required both sides to search, review, and produce electronically stored information, in addition to substantial non-electronic information. Defendants have served

their discovery responses, and Plaintiffs are working diligently on theirs. Receipt of this written discovery is necessary for the parties to conduct key depositions, which they are currently working to schedule. The need for additional time to complete depositions affects the pending expert and dispositive motions deadline. Therefore, the parties request an extension of the existing deadlines by 60 days, as set forth below. Under this proposal, the dispositive motion deadline (April 13, 2026) is still within two years of the date the Complaint was removed to federal court (June 21, 2024).

Therefore, Plaintiffs and Defendants hereby stipulate and agree to extend the following deadlines, as defined and set forth in the Case Management Order, ECF No. 19, as follows:

1. The last day for the completion of fact discovery, from August 7, 2025 to **October 6, 2025**;

2. The last day to notice Rule 35 physical or mental examinations, from August 7, 2025 to **October 6, 2025**;

3. The last day for Plaintiffs to provide full and complete expert disclosures, from September 4, 2025 to **November 3, 2025**;

4. The last day for Defendants to provide full and complete expert disclosures, from October 9, 2025 to **December 8, 2025**;

5. The last day for Plaintiffs to make their rebuttal expert disclosures, if any, from October 30, 2025 to **December 29, 2025**;

6. The last day to complete expert depositions, from December 11, 2025 to **February 9, 2026**;

2

7. The last day for parties and their counsel to meet in person and engage in good faith settlement talks, from January 8, 2026 to **March 9, 2026**, and;

8. The last day to file dispositive motions, from February 12, 2026 to **April 13, 2026**.

**RESPECTFULLY SUBMITTED** this 18th day of June 2025.

        **MILLS + WOODS LAW, PLLC**

By   */s/ Sean A. Woods*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, AZ 85014
      *Attorneys for Plaintiffs*

**WIENEKE LAW GROUP, PLC**

By   */s/ Laura Van Buren (w/ permission)*
      Kathleen L. Wieneke
      Laura Van Buren
      1225 W Washington St., Ste. 313
      Tempe, Arizona 85288
      *Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
mmahler@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

　　　/s/ Ben Dangerfield

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

4