| | |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
| 2 | Laura Van Buren, Bar #031669<br>WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313<br>Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868<br>Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com<br>Email: lvanburen@wienekelawgroup.com |

*Attorneys for Defendants Lamb and Gibson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**DEFENDANTS' NOTICE OF VIDEO DEPOSITION OF MEAGAN BRADY** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the *videotaped* deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Meagan Brady |
| **DATE AND TIME OF THE DEPOSITION:** | Date August 19, 2025 at 1:00 p.m. (AZ time) |
| **LOCATION OF DEPOSITION:** | **Virtual Deposition via Zoom**<br>To join the videoconference, a website link will be provided by Griffin Group International |

| | | |
|---|---|---|
| 1 | | |
| 2 | **TRANSCRIPTIONIST BEFORE WHOM DEPOSITION WILL BE TAKEN:** | Griffin Group International<br>3200 E. Camelback Road, Suite 177<br>Phoenix, AZ 85018<br>(602) 264-2230<br>Calendar@griffinreporters.com |
| 5 | | |
| 6 | **VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN:** | VideoDep, Inc.<br>4802 East Ray Road, Suite 23-47<br>Phoenix, AZ 85044<br>(602) 431-2181<br>videodep@videodep.com |

DATED this 27th day of June, 2025.

                WIENEKE LAW GROUP, PLC

By:   /s/ Laura Van Buren
       Kathleen L. Wieneke
       Laura Van Buren
       1225 West Washington Street, Suite 313
       Tempe, Arizona 85288
       *Attorneys for Defendants Lamb and Gibson*

# CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Robert T. Mills
>Sean A. Woods
>MILLS + WOODS LAW, PLLC
>5055 North 12th Street, Suite 101
>Phoenix, Arizona 85014
>*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

>N/A

By: */s/ Lauren Rasmussen*