Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,

Plaintiffs,

vs.

Mark Lamb; and, Brady Gibson,

Defendants.

Case No.: CV-24-1510-PHX-KML

**PLAINTIFFS' NOTICE OF SERVICE OF SECOND SUPPLEMENTAL DISCLOSURE STATEMENT AND RESPONSES TO DISCOVERY REQUESTS**

(Assigned to the Honorable Krissa M. Lanham)

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiffs Allison Obregon and Meagan Brady (collectively, "Plaintiffs") hereby give notice that this same day they served their Second Supplemental Disclosure Statement, and that on August 13, 2025 they served Plaintiff Obregon's First Supplemental Responses to Defendants' First Sets of Requests for Production and Interrogatories, as well as Plaintiff Brady's Responses to Defendant Gibson's First Sets of Requests for Production and interrogatories to her, all upon Defendants via email to their counsel.

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

**RESPECTFULLY SUBMITTED** this 14th day of August 2025.

**MILLS + WOODS LAW, PLLC**

By *__/s/ Sean A. Woods__*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 14, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

*/s/ Ben Dangerfield*