|   |   |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
|   | Laura Van Buren, Bar #031669 |
| 2 | WIENEKE LAW GROUP, PLC |
|   | 1225 West Washington Street, Suite 313 |
| 3 | Tempe, Arizona 85288 |
|   | Telephone: (602) 715-1868 |
| 4 | Fax: (602) 455-1109 |
|   | Email: kwieneke@wienekelawgroup.com |
| 5 | Email: lvanburen@wienekelawgroup.com |

*Attorneys for Defendants Lamb and Gibson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB; <br><br> Plaintiffs, <br><br> v. <br><br> Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X, <br><br> Defendants. | NO. 2:24-cv-01510-PHX-KML <br><br> **STIPULATION FOR ORDER FOR JUVENILE AND/OR ADULT PROBATION RECORDS** |

The parties request an Order from the Court permitting them to obtain Plaintiff Mariah Brady's[1] juvenile and/or adult probation records, to include records of any court-ordered psychological evaluation and any other psychological evaluation or treatment she received as part of her juvenile detention and/or probation. The parties agree that the documents produced will be held as confidential under the Protective Order.

DATED this 25th day of August, 2025.

---

[1] Mariah Brady was a minor when this lawsuit was filed and is therefore identified in the caption by her initials, "MB." Her mother brought suit on her behalf. Ms. Brady turned 18 in July 2025, however, and now asserts her own claim on her own behalf.

WIENEKE LAW GROUP, PLC

By: */s/ Laura Van Buren*
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Lamb and Gibson*

MILLS + WOODS LAW, PLLC

By: */s/ Sean A. Woods (with permission)*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Robert T. Mills
> Sean A. Woods
> MILLS + WOODS LAW, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

> N/A

By:   */s/ Meredith Reeve*