# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO. 2:24-cv-01510- KML<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER FOR JUVENILE AND/OR ADULT PROBATION RECORDS** |

The Court enters an Order that any and all juvenile and/or adult probation records for Mariah Brady, to include records of any court-ordered psychological evaluation and any other psychological evaluation or treatment she received as part of her juvenile detention and/or probation, shall be produced to the parties in this action.

DATED: _____

_____
Honorable Krissa M. Lanham
United States District Judge