Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Lamb and Gibson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB; <br><br> Plaintiffs, <br><br> v. <br><br> Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X, <br><br> Defendants. | NO. 2:24-cv-01510-PHX-KML <br><br> **DEFENDANTS LAMB AND GIBSON'S NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 45, Defendants Lamb

and Gibson intend to serve Subpoenas to Produce Documents, Information, or Objects upon

the following:

1.    Banner Health

2.    Casa Grande Pediatrics

3.    Cholla Elementary School

4.    Casa Grande Union High School

5.    Denova Collaborative Health, LLC

6.    Horizon Health and Wellness, Inc.

7.    Mind 24-7, LLC

8.    Phoenix Children's Hospital, Inc.

9.    Sun Life Family Health Center

10.    Sunlife Center for Women and Children

11.    Pinnacle Charter School

12.    Villago Middle School

13.    Grande Smiles

The Subpoenas were sent to all parties of record via email on this date.


DATED this 27th day of August, 2025.

WIENEKE LAW GROUP, PLC

By:    /s/ Laura Van Buren
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Lamb and Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By:    */s/ Lauren Rasmussen*