Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**STIPULATED MOTION TO EXTEND DEADLINES**<br><br>(Third Request)<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, Plaintiffs and Defendants respectfully move to extend the existing deadlines in this action by approximately ninety days each, in accordance with the [Proposed] Order attached hereto.

Good cause exists for such an extension. Specifically, additional time is needed to allow for the deposition of Brady Gibson, the main Defendant in this matter. Defendant Gibson has taken a job with the Department of Homeland Security and is in full-time training out-of-state through December 12, 2025. He is unable to take any time off to complete his deposition; if he misses any training, he will be dropped from his course,

negatively impacting his employment. Defense counsel explored the option of a virtual deposition set for a weekend at a nearby court reporter's office. This is not possible, however, as Defendant Gibson does not have a personal laptop with him at his training course that he could use to review any materials. He is not permitted to use his DHS computer for this purpose. Accordingly, it will not be possible for Plaintiffs to take Deputy Gibson's deposition until he returns to Arizona in mid-December. Given other conflicts with both counsel's schedules and the end-of-year holiday season, the earliest his deposition could be scheduled is the first week of 2026. The parties have agreed to conduct Defendant Gibson's deposition on *January 5, 2026*. Defendant Gibson's deposition will impact the parties' expert disclosures and dispositive motions. Accordingly, these deadlines must be extended as well. Thus, in light of the foregoing, the parties respectfully submit that existing deadlines in this action should be extended as follows:

1. The last day for the completion of fact discovery, from October 6, 2025 to **January 16, 2026**;

2. The last day to notice Rule 35 physical or mental examinations, from October 6, 2025 to **January 5, 2026**;

3. The last day for the party with the burden of proof on an issue to provide full and complete expert disclosures, from November 3, 2025 to **February 2, 2026**;

4. The last day for the responding party (not having the burden of proof on the issue) to provide full and complete expert disclosures, from December 8, 2025 to **March 9, 2026**;

2

5. The last day for the party with the burden of proof on an issue to make their rebuttal expert disclosures, if any, from December 29, 2025 to **March 30, 2026**;

6. The last day to complete expert depositions, from February 9, 2026 to **May 11, 2026**;

7. The last day for parties and their counsel to meet in person and engage in good faith settlement talks, from March 9, 2026 to **June 8, 2026**, and;

8. The last day to file dispositive motions, from April 13, 2026 to **July 13, 2026**.

**RESPECTFULLY SUBMITTED** this 30th day of September 2025.

**MILLS + WOODS LAW, PLLC**

By  */s/ Sean A. Woods*
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014
    *Attorneys for Plaintiffs*

**WIENEKE LAW GROUP, PLC**

By  */s/ Laura Van Buren (w/ permission)*
    Kathleen L. Wieneke
    Laura Van Buren
    1225 W Washington St., Ste. 313
    Tempe, Arizona 85288
    *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 30, 2025, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*


       /s/ Ben Dangerfield

4