# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**[PROPOSED] ORDER EXTENDING DEADLINES**<br><br>(Assigned to the Honorable Krissa M. Lanham) |

THE COURT, having reviewed the "Stipulated Motion to Extend Deadlines (Third Request)" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** extending the following deadlines in this action as follows:

1. The last day for the completion of fact discovery, from October 6, 2025 to **January 16, 2026**;

2. The last day to notice Rule 35 physical or mental examinations, from October 6, 2025 to **January 5, 2026**;

3. The last day for the party with the burden of proof on an issue to provide full and complete expert disclosures, from November 3, 2025 to **February 2, 2026**;

4. The last day for the responding party (not having the burden of proof on the issue) to provide full and complete expert disclosures, from December 8, 2025 to **March 9, 2026**;

5. The last day for the party with the burden of proof on an issue to make their rebuttal expert disclosures, if any, from December 29, 2025 to **March 30, 2026**;

6. The last day to complete expert depositions, from February 9, 2026 to **May 11, 2026**;

7. The last day for parties and their counsel to meet in person and engage in good faith settlement talks, from March 9, 2026 to **June 8, 2026**, and;

8. The last day to file dispositive motions, from April 13, 2026 to **July 13, 2026**.