**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, et al., | No. CV-24-01510-PHX-KML |
| Plaintiffs, | **ORDER** |
| v. | |
| Mark Lamb, et al., | |
| Defendants. | |

The court previously stated additional extensions of the case management deadlines would not be granted absent extraordinary circumstances. (Doc. 56.) The parties now seek more extensions, explaining the deposition of defendant Brady Gibson cannot occur until January 5, 2026. The parties do not explain why his deposition could not have been taken before he left Arizona but assuming it could not, extraordinary circumstances exist. The court adopts the proposed new dates with one exception.

The court's general practice is to require dispositive motions be filed no later than the two-year anniversary of the case beginning. That general practice is appropriate here, meaning the dispositive motion deadline is set for June 22, 2026. No further extensions of the case management deadlines will be granted.

**IT IS ORDERED** the Motion for Extension (Doc. 76) is **GRANTED IN PART**.

**IT IS FURTHER ORDERED** the following deadlines apply:

- The last day for the completion of fact discovery is **January 16, 2026**;
- The last day to notice Rule 35 physical or mental examinations is **January**

**5, 2026**;

- The last day for the party with the burden of proof on an issue to provide full and complete expert disclosures is **February 2, 2026**;
- The last day for the responding party (not having the burden of proof on the issue) to provide full and complete expert disclosures is **March 9, 2026**;
- The last day for the party with the burden of proof on an issue to make their rebuttal expert disclosures, if any, is **March 30, 2026**;
- The last day to complete expert depositions is **May 11, 2026**;
- The last day for parties and their counsel to meet in person and engage in good faith settlement talks is **June 8, 2026**, and;
- The last day to file dispositive motions is **June 22, 2026**.

Dated this 1st day of October, 2025.

*/s/ Krissa M. Lanham*
Honorable Krissa M. Lanham
United States District Judge

- 2 -