1  Kathleen L. Wieneke, Bar #011139
   Laura Van Buren, Bar #031669
2  WIENEKE LAW GROUP, PLC
   1225 West Washington Street, Suite 313
3  Tempe, Arizona 85288
   Telephone: (602) 715-1868
4  Fax: (602) 455-1109
   Email: kwieneke@wienekelawgroup.com
5  Email: lvanburen@wienekelawgroup.com

6  *Attorneys for Defendants Lamb and Gibson*

7              **UNITED STATES DISTRICT COURT**

8                   **DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**STIPULATION FOR ORDER FOR ADULT PROBATION RECORDS** |

The parties request an Order from the Court permitting them to obtain Decedent Michael Obregon's adult probation records Pinal County. The parties agree that the documents produced will be held as confidential under the Protective Order.

DATED this 7th day of October, 2025.

                              WIENEKE LAW GROUP, PLC

                        By:   */s/ Laura Van Buren*
                              Kathleen L. Wieneke
                              Laura Van Buren
                              1225 West Washington Street, Suite 313
                              Tempe, Arizona 85288
                              *Attorneys for Defendants Lamb and Gibson*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

          MILLS + WOODS LAW, PLLC

By:   */s/* Sean A. Woods *(with permission)*
      Robert T. Mills
      Sean A. Woods
      5055 North 12th Street, Suite 101
      Phoenix, Arizona 85014
      *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 7, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Robert T. Mills
> Sean A. Woods
> MILLS + WOODS LAW, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

> N/A

By:    */s/ Lauren Rasmussen*