UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO. 2:24-cv-01510- KML<br><br>**[PROPOSED] ORDER GRANTING STIPULATION FOR ORDER FOR ADULT PROBATION RECORDS** |

The Court enters an Order that Pinal County shall produce any and all adult probation records for Michael Obregon to the parties in this action.

DATED: _____

_____
Honorable Krissa M. Lanham
United States District Judge