|   |   |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
| 2 | Laura Van Buren, Bar #031669<br>WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313<br>Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868<br>Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com<br>Email: lvanburen@wienekelawgroup.com |

*Attorneys for Defendants Lamb and Gibson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**DEFENDANTS LAMB AND GIBSON'S NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendants Lamb and Gibson have served their Tenth Supplemental Disclosure Statement on this date, via electronic mail, to all counsel of record.

DATED this 12th day of November, 2025.

                WIENEKE LAW GROUP, PLC

By:  */s/ Laura Van Buren*
       Kathleen L. Wieneke
       Laura Van Buren
       1225 West Washington Street, Suite 313
       Tempe, Arizona 85288
       *Attorneys for Defendants Lamb and Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2025, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Robert T. Mills
>Sean A. Woods
>MILLS + WOODS LAW, PLLC
>5055 North 12th Street, Suite 101
>Phoenix, Arizona 85014
>*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

>N/A

By:   */s/ Lauren Rasmussen*