| | |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
| 2 | Laura Van Buren, Bar #031669<br>WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313<br>Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868<br>Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com<br>Email: lvanburen@wienekelawgroup.com |

*Attorneys for Defendants Lamb and Gibson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**DEFENDANTS LAMB AND GIBSON'S NOTICE OF SERVICE OF DISCOVERY** |

NOTICE IS HEREBY GIVEN that Defendants Lamb and Gibson have served their Thirteenth Supplemental Disclosure Statement on this date, via electronic mail, to all counsel of record:

DATED this 15th day of January, 2026.

                WIENEKE LAW GROUP, PLC

                By: */s/ Laura Van Buren*
                      Kathleen L. Wieneke
                      Laura Van Buren
                      1225 West Washington Street, Suite 313
                      Tempe, Arizona 85288
                      *Attorneys for Defendants Lamb and Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

>Robert T. Mills
>Sean A. Woods
>MILLS + WOODS LAW, PLLC
>5055 North 12th Street, Suite 101
>Phoenix, Arizona 85014
>*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

>N/A

By:   */s/ Lauren Rasmussen*

2