Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF EIGHTH SUPPLEMENTAL DISCLOSURE STATEMENT**<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 5.2 of the Local Rules of Civil Procedure, Plaintiffs hereby give notice that this same day they served their Eighth Supplemental Disclosure Statement to Defendants via email to their counsel.

**RESPECTFULLY SUBMITTED** this 16th day of January 2026.

                        **MILLS + WOODS LAW, PLLC**

                    By   */s/ Sean A. Woods*
                        Robert T. Mills
                        Sean A. Woods
                        5055 North 12th Street, Suite 101
                        Phoenix, AZ 85014
                        *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*

　　　 */s/ Ben Dangerfield*