1   Kathleen L. Wieneke, Bar #011139
    Laura Van Buren, Bar #031669
2   WIENEKE LAW GROUP, PLC
    1225 West Washington Street, Suite 313
3   Tempe, Arizona 85288
    Telephone: (602) 715-1868
4   Fax: (602) 455-1109
    Email: kwieneke@wienekelawgroup.com
5   Email: lvanburen@wienekelawgroup.com

6   *Attorneys for Defendants Lamb and Gibson*

7               **UNITED STATES DISTRICT COURT**

8                    **DISTRICT OF ARIZONA**

9   Allison Obregon, an individual; Allison         NO. 2:24-cv-01510-PHX-KML
    Obregon on behalf of and as legal guardian
10  and parent of her minor child, MC; Allison      **DEFENDANTS LAMB AND**
    Obregon as pending personal representative      **GIBSON'S NOTICE OF SERVICE**
11  of the Estate of Micheal Obregon; Meagan        **OF DISCOVERY**
    Brady, individually; Meagan Brady on behalf
12  of and as legal guardian and parent of her
    minor child, MB;
13
                        Plaintiffs,
14
    v.
15
    Mark Lamb and Jane Doe Lamb, husband and
16  wife; Brady Gibson and Jane Doe Gibson,
    husband and wife; John and Jane Does 1-X,
17
                        Defendants.
18

19          NOTICE IS HEREBY GIVEN that Defendants Lamb and Gibson have served their

20  Fourteenth Supplemental Disclosure Statement on this date, via electronic mail, to all

21  counsel of record:

22          DATED this 2nd day of February, 2026.

23
                              WIENEKE LAW GROUP, PLC
24
                        By:   */s/ Laura Van Buren*
25                            Kathleen L. Wieneke
26                            Laura Van Buren
                              1225 West Washington Street, Suite 313
27                            Tempe, Arizona 85288
                              *Attorneys for Defendants Lamb and Gibson*
28

1    **<u>CERTIFICATE OF SERVICE</u>**

2      I hereby certify that on February 2, 2026, I electronically transmitted the attached

3    document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4    Notice of Electronic Filing to the following CM/ECF registrants:

5
  Robert T. Mills
6      Sean A. Woods
  MILLS + WOODS LAW, PLLC
7      5055 North 12th Street, Suite 101
  Phoenix, Arizona 85014
8      *Attorneys for Plaintiffs*

9

10     I hereby certify that on this same date, I served the attached document by U.S. Mail,

11   postage prepaid, on the following, who is NOT a registered participant of the CM/ECF

12   System:

13      N/A

14
        By: */s/ Lauren Rasmussen*
15

16

17

18

19

20

21

22

23

24

25

26

27

28