|   |   |
|---|---|
| 1 | Kathleen L. Wieneke, Bar #011139 |
| 2 | Laura Van Buren, Bar #031669 |
|   | WIENEKE LAW GROUP, PLC |
| 3 | 1225 West Washington Street, Suite 313 |
|   | Tempe, Arizona 85288 |
| 4 | Telephone: (602) 715-1868 |
|   | Fax: (602) 455-1109 |
| 5 | Email: kwieneke@wienekelawgroup.com |
|   | Email: lvanburen@wienekelawgroup.com |

*Attorneys for Defendants Lamb and Gibson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**DEFENDANTS' NOTICE OF INTENT TO SERVE SUBPOENAS DUCES TECUM** |

NOTICE IS HEREBY GIVEN that, pursuant to Fed. R. Civ. P. 45, Defendants Lamb and Gibson intend to serve Subpoenas to Produce Documents, Information, or Objects upon the following:

    1.    Mark R. Hafkey

    2.    Anthony R. Sola

The Subpoenas were sent to all parties of record via email on this date.

///

///

///

DATED this 6th day of February, 2026.

                WIENEKE LAW GROUP, PLC

By: */s/ Laura Van Buren*
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Lamb and Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

> Robert T. Mills
> Sean A. Woods
> MILLS + WOODS LAW, PLLC
> 5055 North 12th Street, Suite 101
> Phoenix, Arizona 85014
> *Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

> N/A

By:   */s/ Lauren Rasmussen*