Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Lamb and Gibson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**DEFENDANTS' SECOND AMENDED NOTICE OF VIDEO DEPOSITION OF MARK HAFKEY** |

YOU ARE HEREBY NOTIFIED that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, the *videotaped* deposition will be taken upon oral examination of the person whose name and address is stated below at the time and place stated below before an officer authorized by law to administer oaths.

| | |
|---|---|
| **PERSONS TO BE EXAMINED:** | Mark Hafkey |
| **DATE AND TIME OF THE DEPOSITION:** | April 24, 2026 at 9:00 a.m. (AZ time) |
| **LOCATION OF DEPOSITION:** | **Virtual Deposition via Zoom**<br>To join the videoconference, a website link will be provided by Griffin Group International |

**TRANSCRIPTIONIST BEFORE WHOM DEPOSITION WILL BE TAKEN:**

Griffin Group International
3200 E. Camelback Road, Suite 177
Phoenix, AZ 85018
(602) 264-2230
Calendar@griffinreporters.com

**VIDEOGRAPHER BEFORE WHOM DEPOSITION WILL BE TAKEN:**

VideoDep, Inc.
4802 East Ray Road, Suite 23-47
Phoenix, AZ 85044
(602) 431-2181
videodep@videodep.com

DATED this 16th day of April, 2026.

WIENEKE LAW GROUP, PLC

By:   */s/ Laura Van Buren*
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Lamb and Gibson*

## CERTIFICATE OF SERVICE

I hereby certify that on April 16, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By:    */s/ Lauren Rasmussen*