# EXHIBIT 1

acoustical consulting services

Mills + Woods Law PLLC
5005 N 12th St #101
Phoenix, AZ 85014

February 2, 2026

Attn: Sean Woods
Re: Allison Obregon et al v. Mark Lamb et al

ACS was asked to help determine if a shout could be audible and intelligible at approximately 1270'. ACS has been informed that during an officer involved shooting, the officer shouted a sentence that a witness claims was intelligible to them approximately 1270' from the incident.

## Technical Terms

**Decibel (dB):** A unit used to measure the intensity or loudness of sound.

| Changes in Intensity Level, dBA | Changes in Apparent Loudness |
|---|---|
| 1 | Almost imperceptible |
| 3 | Barely noticeable |
| 5 | Clearly noticeable |
| 10 | Twice (or half) as loud |

**A-Weighted Decibel (dBA):** An overall frequency-weighted sound level in decibels that approximates the frequency response of the human ear. It is a unit used to measure sound levels that have been adjusted to match how the human ear actually hears.

**Equivalent Sound Level (Leq):** The equivalent steady state sound level that in a stated period of time would contain the same acoustical energy.

**Ambient:** Ambient noise is the all-encompassing noise associated with a given environment, being usually a composite of sounds from many sources, near and far.

## Factors That Effect Potential Intelligibility

There are numerous factors that potentially influence speech intelligibility, including:

- Two of the primary factors that influence voice audibility and intelligibility are how loud the speaker is and the hearing health of the listener.
- Loud ambient noise conditions at the listening position can interfere with audibility and intelligibility.
- Sound propagation over a distance is primarily influenced by distance, barrier attenuation, and atmospheric conditions.

### Source (Voice) Noise Level

The average A-weighted sound level of individual voices ranges from 36 dBA for whispering to 96 dBA for a short-duration maximal shout at a distance of 1 meter (3.28').

ACS was informed that the officer is a male.  The gender of the speaker has the potential to impact the overall loudness and spectral composition of the noise.  Studies found that the average voice levels are louder for males – by approximately 3 dBA for normal speaking to around 6-7 dBA for shouting.

The equivalent noise level for a shout is 84 dBA with maximums ranging from 90-96 dBA:

Table 1. Equivalent A-weighted sound pressure levels of speech for different vocal efforts (at 1m)

| Vocal Effort | Speech Level (dB(A)) |
|---|---|
| Whispering | 36 |
| Soft | 42 |
| Relaxed | 48 |
| Relaxed, normal | 54 |
| Normal, raised | 60 |
| Raised | 66 |
| Loud | 72 |
| Very loud | 78 |
| Shouting | 84 |
| Maximal shout | 90 |
| Maximal shout (in individual cases) | 96 |

Source: (Lazarus, 1986)

*Hearing Health*
It is my understanding that the witness is a younger female.  I was the listener at the receive location in the testing described below.  I am a 62 year old male that has exposed himself to loud noise as part of work and recreation.  Although I don't believe I am "hard of hearing", I do have diminished hearing*.  Even if I am of normal hearing* for my age, a younger female with normal hearing would likely be able to hear and understand speech better than me.

> *Note: I will have an audiologist test of my hearing and submit the findings as a supplement to this report.

*Atmospheric Conditions*
It is my understanding the incident occurred the evening of 3/16/2023 at approximately 7:00pm.  The atmospheric conditions on that day were fairly similar to the conditions during the evening of the test day 1/26/2026:

> 3/16/2023    Temperature: 61º F; Humidity: 58%, Wind: 5mph from NW
> 1/26/2026    Temperature: 58º F; Humidity: 22%, Wind: 7mph from N

The higher humidity on the evening of the incident would have slightly aided in the sound propagation – making it slightly easier for the sound to carry at this distance.

*Barrier Attenuation*
Although there would be some barrier attenuation, there is almost a direct path from the shout location to the listener location.  (See attached Approximate Source and Listener Locations exhibit.)

*Ambient Noise Levels*
The on-site testing was conducted between approximately 7:00pm and 7:30pm on 1/26/26.  During this time period, the typical ambient noise level was approximately 38 to 42 dBA.  This is a very quiet area.  As a comparison, ambient noise levels in metropolitan areas typically vary from 60 to 70 dBA and can be as high as 80 dBA or louder; quiet suburban neighborhoods experience ambient noise levels of approximately 45-50 dBA.

**On-Site Subjective Testing**
On-site tests were conducted the evening of 1/26/26 to see if a shout from the source location could be audible and intelligible at the listener location.

> The address where the shouting occurred: 19005 W. Mescalero Dr., Casa Grande, 85122.
> The address where a witness heard it was: 9959 N. Battleford Dr., Casa Grande, 85122.

At approximately 7:30pm, a male shouted "Hey Tony, can you hear me?" from the source location.  I did not know in advance what was going to be said.  The shout was clearly audible and completely intelligible at the listening location.

The source noise level of the shout at 1 meter (3.28') was:

> Equivalent Noise Level: 84.8 Leq dBA
> Maximum Noise Level: 91.3 dBA

These noise levels are completely in line with the referenced noise levels for a typical shout.

> Note: Noise level measurements were performed with Type I sound level meters (NTI XL2 & Larson Davis LxT).  The meters were calibrated before and after the tests with a 0.0 dB deviation.

**Conclusions**
I do not know how loud the officer shouted or the hearing health of the listener.  However, a shout (of typical noise levels) from the source location was clearly audible and completely intelligible to me at the listener location.

It is entirely possible that the shout the night of the incident was audible and intelligible at the listener location.


Respectfully,

Tony Sola
Acoustical Consulting Services, LLC

## Approximate Source and Listener Locations



OBREGON_000893

P.O. Box 41182  Mesa, AZ 85274

# EXHIBIT 2



# ACOUSTICAL CONSULTING SERVICES, LLC
## Company Profile:

Acoustical Consulting Services, LLC (ACS) was founded by Tony Sola in 1995.    ACS offers professional consulting services in room acoustics, environmental noise assessment and control, and industrial noise assessment and control.

Our clients include architects, engineers, developers, planners, interior designers, government agencies, and private corporations. Our portfolio includes educational and healthcare facilities, commercial and municipal facilities, industrial and institutional, single, and multi-unit housing, worship facilities, retail and hospitality, art/entertainment/recreational venues.

# ANTHONY R. SOLA
## PRESIDENT/OWNER
### Bio:

Tony Sola has been working as an acoustical consultant for over 35 years.   As the President/Owner of ACS, he has worked on over 5,000 projects including design phase consultant, code verification, acoustical testing, expert testimony, consulting for municipalities, architects, and builders.  Mr. Sola is a full member of the Institute of Noise Control Engineering (by education, qualifications and passing a professional exam) and the Acoustical Society of America. His company is also a member of USGBC.

In addition to his work for ACS, he has taught Architectural Acoustics to Interior Designers and Architects at Arizona State University over the past 30 years. He has also lectured and taught at other local schools and universities.  Mr. Sola has developed/presented numerous acoustic and sustainable design lectures certified for continuing education by AIA, GBCI and IDCEC.

| | |
|---|---|
| YEARS EXPERIENCE | since 1990 |
| YEARS WITH ACS | since 1995 |
| EDUCATION | Master of Business Administration, University of Phoenix,1994<br>Bachelor of Business Administration, Ottawa University, 1992<br>Mathematics Major, ASU/University of Arizona, 1982-1987 |
| LICENSES & REGISTRATIONS | Institute of Noise Control Engineering (Full Member) – by education, qualifications and passing a professional exam |

OBREGON_000895

# EXPERT WITNESS EXPERIENCE

| PROJECT | CITY | STATE | DATE | SCOPE |
|---|---|---|---|---|
| Beyond Sports Limited v TSM Ventures | Queen Creek | AZ | May-22 | Gym Noise Nuisance suit |
| Premier Homes v Mercury Hotel | Oakland | CA | Dec-09 | Construction Defect Nuisance suit |
| Page v. Sunflower Adult Community HOA | Tucson | AZ | Jul-15 | Pickleball Noise Nuisance suit |
| Mount v Anichs | Queen Creek | AZ | Mar-18 | Chicken Noise Nuisance suit |
| Stephanie Burkett v Moondance Estate Community | Tucson | AZ | Feb-23 | HVAC Noise Nuisance suit |

OBREGON_000896