**INDEX OF EXHIBITS – DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

*Obregon, et al. v. Lamb, et al.*

Case No. 2:24-cv-01510

1    Deposition of Brady Gibson

2    Deposition of Brandon Chapman

3    Deposition of Samantha Plummer

4    Deposition of Wade Putt

5    Deposition of Mark Hafkey

6    Deposition of Mariah Brady ("M.B.")

7    PCSO Report (DEFS_Obregon 000084–000085)

8    PCSO Photo of Firearm (DEFS_Obregon 000146, 000382)

9    Borden Expert Report

10   Ring Camera

11   Hafkey Expert Report

12   Body Worn Camera footage of GCPD Officer Fox

13   Body Worn Camera footage of GCPD Officer Reed

14   Body Worn Camera footage of GCPD Sergeant Rush