Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Lamb and Gibson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**DEFENDANTS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

Defendants Lamb and Gibson ("Defendants") move for leave to file **four** non-electronic exhibits in support of their Motion for Summary Judgment. In this officer-involved shooting case, the four exhibits are video that either depict the shooting itself (Ex. 10, Ring Camera footage), or the immediate aftermath of the shooting (Ex. 12, Officer Fox BWC; Ex. 13, Officer Reed BWC; Ex. 14, Sgt. Rush BWC).

///

///

///

DATED this 22nd day of June, 2026.

WIENEKE LAW GROUP, PLC

By:   */s/ Laura Van Buren*
      Kathleen L. Wieneke
      Laura Van Buren
      1225 West Washington Street, Suite 313
      Tempe, Arizona 85288
      *Attorneys for Defendants Lamb and Gibson*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on June 22, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By:   */s/ Lauren Rasmussen*