**INDEX OF EXHIBITS – DEFENDANTS DAUBERT MOTION RE PLAINTIFFS' POLICE PROCEDURES EXPERT MARK HAFKEY**

*Obregon, et al. v. Lamb, et al.*

Case No. 2:24-cv-01510

1    Hafkey Expert Report

2    Hafkey CV

3    Excerpts from Deposition of Hafkey

4    ME Report

5    Photograph of Stretch Armstrong