# INDEX OF EXHIBITS – DEFENDANTS DAUBERT MOTION RE PLAINTIFFS' POLICE PROCEDURES EXPERT MARK HAFKEY

*Obregon, et al. v. Lamb, et al.*

Case No. 2:24-cv-01510

1    Gibson Deposition

2    Hafkey Report

3    Hafkey Deposition

4    ME Report

5    Chapman Deposition

6    Ring Camera

7    Photograph of Stretch Armstrong

8    Hafkey CV

9    M.B. Deposition