# INDEX OF EXHIBITS – DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

*Obregon, et al. v. Lamb, et al.*

Case No. 2:24-cv-01510

| | |
|---|---|
| 1 | Deposition of Brady Gibson |
| 2 | Deposition of Brandon Chapman |
| 3 | PCSO Photo of Firearm |
| 4 | Deposition of Wade Putt |
| 5 | Deposition of Samantha Plummer |
| 6 | Deposition of Mark Hafkey |
| 7 | Hafkey Expert Report |
| 8 | Borden Expert Report |
| 9 | Ring Camera |
| 10 | PCSO Report |
| 11 | Deposition of Mariah Brady ("M.B.") |
| 12 | Body Worn Camera footage of GCPD Officer Fox |
| 13 | Body Worn Camera footage of GCPD Officer Reed |
| 14 | Body Worn Camera footage of GCPD Sergeant Rush |