**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| ALLISON OBREGON, an individual; ALLISON OBREGON on behalf of and as legal guardian and parent of her minor child, MC; ALLISON OBREGON as pending personal representative of THE ESTATE OF MICHEAL OBREGON; MEAGAN BRADY, individually; MEAGAN BRADY on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>MARK LAMB and JANE DOE LAMB, husband and wife; BRADY GIBSON and JANE DOE GIBSON, husband and wife; JOHN AND JANE DOES 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-DJH<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION FOR LEAVE TO FILE NON-ELECTRONIC EXHIBITS IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

The Court, having reviewed Defendants' Motion for Leave to File Non-Electronic Exhibits in Support of Motion for Summary Judgment ("Motion"), and good cause appearing,

IT IS ORDERED that the Motion is GRANTED. The Clerk is ordered to file Defendants' non-electronic exhibits 9, 12, 13, and 14 in support of Defendants' Motion for Summary Judgment.

DATED: _____

_____
Honorable Krissa M. Lanham
United States District Judge