Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Lamb and Gibson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB; <br><br> Plaintiffs, <br><br> v. <br><br> Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X, <br><br> Defendants. | NO. 2:24-cv-01510-PHX-KML <br><br> **SECOND JOINT REPORT RE: SETTLEMENT TALKS** |

The parties and their counsel met on June 30, 2026, at 3 pm. Present were Allison Obregon, M.B. and Sean Woods for the Plaintiffs, and Brady Gibson, Mark Lamb and Kathleen Wieneke for the Defendants. Also present was Cynthia Maalouf, Director of the Arizona Counties Insurance Pool. Confidential settlement communications were discussed during the meeting. Additionally, after the meeting concluded Defendants conveyed additional confidential communications to Plaintiffs regarding settlement.

The matter did not resolve.

///

///

///

DATED this 6th day of July, 2026.

WIENEKE LAW GROUP, PLC

By:   */s/ Kathleen L. Wieneke*
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Lamb and Gibson*


MILLS + WOODS LAW, PLLC

By:   */s/ Sean A. Woods (with permission)*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 6, 2026 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By:    */s/ Lauren Rasmussen*

3