# EXHIBIT 10

*Retired Lieutenant Mark R. Hafkey, M.Ed.*
*PO BOX 344*
*Raymond, California 93653*
*602-703-5211*

**Invoice No.**    **10312025**

# INVOICE

**Customer**

| | |
|---|---|
| Name | Mills & Woods Law |
| Address | 5055 N. 12th Street |
| City | Phoenix    State AZ    ZIP 85014 |
| Phone | 480-999-4557 |

**Misc**

| | |
|---|---|
| Date | 2/2/2026 |
| Order No. | N/A |
| Rep | Sean Woods |
| FOB | Obregon |

| Qty | Description | Unit Price | TOTAL |
|---|---|---|---|
| 5 | 10-30-25: Review case file material, e.g., police report, videos, etc. | $300.00 | $ 1,500.00 |
| 2 | 10-30-2025: Continued review of case file material | $300.00 | $ 600.00 |
| 0.5 | 10-30-2025: Preliminary opinion discussion questions | $300.00 | $ 150.00 |
| 0.5 | 10-31-2025: Telephone conference w/Sean with preliminary opinion | $300.00 | $ 150.00 |
| 2 | 1-7-26: Video review and examination work; file review | $300.00 | $ 600.00 |
| 2 | 1-8-26: Continued work on file examination | $300.00 | $ 600.00 |
| 6 | 1-9-26: Condinued work on file examination | $300.00 | $ 1,800.00 |
| 8 | 1-10-26: Travel to/from AZ | $100.00 | $ 800.00 |
| 4 | 1-10-26: Meet with Sean, Scene work | $300.00 | $ 1,200.00 |
| 8 | 1-14-26: email, file review; opinion work; audio confirmations | $300 | $ 2,400.00 |
| 7 | 1-15-26: Tragectory analysis, timing, and statement analysis | $300 | $ 2,100.00 |
| 6 | 1-16-26: Statement analysis and charting | $300 | $ 1,800.00 |
| 15 | 1-17-26 to 1-20-26: Case work, statement verification and research | $300 | $ 4,500.00 |
| 8 | 1-31-26: Work on opinion | $ 300.00 | $ 2,400.00 |
| 8 | 2-1-26: Worked on opinion, telephone conf w/Sean, added 3rd opinion | $ 300.00 | $ 2,400.00 |
| 10 | 2-2-26: Cont. work on opinion, post scene video review, calls | $300 | $ 3,000.00 |
| | | $300 | $ - |
| | | SubTotal | $ 26,000.00 |
| | | Shipping | |
| | | Tax Rate(s) | |
| | | | |
| | | TOTAL | $ 26,000.00 |

**Payment**    Check

Comments  Social Security No. 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
Make check payable to "Mark R. Hafkey"