Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request)<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, all parties hereby stipulate, agree, and respectfully request, that the last day for Plaintiffs to file a Response to Defendants' Motion for Summary Judgment, ECF No. 110 (the "MSJ"), be extended to August 13, 2026, in accordance with the [Proposed] Order attached hereto. No previous extension of that deadline has been sought or granted.

Good cause exists for the requested relief. Approximately three months ago, Plaintiffs' counsel's wife was diagnosed with Stage 4 breast cancer, and since then he has needed to be out of the office for significant periods of time attending to and caring for her while she undergoes chemotherapy and other procedures. And because counsel's wife is

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

in a weakened and immunocompromised state, she cannot sufficiently care for the couple's very young daughter, and he must also provide and arrange for her care. As a result, he has not been able to devote sufficient time to preparing a Response to the MSJ, and seeks an additional two weeks in order to do so.

Accordingly, Plaintiffs and Defendants all respectfully stipulate, agree, and move, that Plaintiffs' last day to respond to the MSJ be extended to August 13, 2026.

**RESPECTFULLY SUBMITTED** this 30th day of July 2026.

MILLS + WOODS LAW, PLLC

By      */s/ Sean A. Woods*
  Robert T. Mills
  Sean A. Woods
  5055 North 12th Street, Suite 101
  Phoenix, AZ 85014
  *Attorneys for Plaintiffs*

WIENEKE LAW GROUP, PLC

By      */s/ Laura Van Buren (w/ permission)*
  Kathleen L. Wieneke
  Laura Van Buren
  1225 W Washington St., Ste. 313
  Tempe, Arizona 85288
  *Attorneys for Defendants*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556