MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Mark Lamb; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**[PROPOSED] ORDER EXTENDING TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>(First Request)<br><br>(Assigned to the Honorable Krissa M. Lanham) |

THE COURT, having reviewed the parties' "Stipulation for Extension of Time to Respond to Motion for Summary Judgment" (the "Stipulation"), and good cause appearing, therefore:

**IT IS ORDERED** granting the Stipulation.

**IT IS FURTHER ORDERED** that Plaintiffs shall file their Response to Defendants' Motion for Summary Judgment, ECF No. 110, no later than August 13, 2026.