Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Lamb and Gibson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**JOINT NOTICE OF SUBSTITUTION OF PARTY** |

The parties provide notice that, under Fed. R. Civ. P. 25(d), Ross Teeple is automatically substituted for former Sheriff Mark Lamb.[1] Rule 25(d) states:

> **(d) Public Officers; Death or Separation from Office.** *An action does not abate when a public officer who is a party in an official capacity* dies, resigns, or otherwise *ceases to hold office while the action is pending. The officer's successor is automatically substituted as a party. The public officer's counsel must file a notice of the substitution*, and later proceedings should be in the substituted party's name, but any misnomer not affecting the parties' substantial rights must be disregarded. The court may order substitution at any time, but the absence of such an order does not affect the substitution.

---

[1] This Notice concerns only Rule 25(d)'s automatic substitution procedure. Defendants do not concede that Plaintiffs have stated a viable respondeat-superior claim.

Mark Lamb was Pinal County Sheriff when this suit was first filed. Plaintiff Obregon alleges that he is vicariously liable for the acts of Deputy Brady Gibson, who Plaintiff alleges shot the decedent without justification and then failed to provide timely and appropriate medical aid. Lamb is therefore a party "in his official capacity." *See Sanchez v. Maricopa County*, 572 P.3d 101, 105 (Ariz. 2025) (holding that "a sheriff *in his official capacity* is vicariously liable for any negligence or misconduct committed by a deputy engaged in law enforcement duties.") (emphasis added).

While this action has been pending, Ross Teeple has replaced Mark Lamb in public office. Ross Teeple is therefore automatically substituted for Mark Lamb.

DATED this 30th day of July, 2026.

WIENEKE LAW GROUP, PLC

By:    */s/ Laura Van Buren*
Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Lamb and Gibson*

And

MILLS + WOODS LAW, PLLC

By:    */s/ Sean A. Woods (with permission)*
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By:    */s/ Lauren Rasmussen*

3