Robert T. Mills (Arizona Bar #018853)
Sean A. Woods (Arizona Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com
swoods@millsandwoods.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as personal representative of The Estate of Micheal Obregon; Meagan Brady, on behalf of and as legal guardian and parent of her minor child, MB,<br><br>Plaintiffs,<br><br>vs.<br><br>Ross Teeple; and, Brady Gibson,<br><br>Defendants. | Case No.: CV-24-1510-PHX-KML<br><br>**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>(Second Request)<br><br>(Assigned to the Honorable Krissa M. Lanham) |

Through undersigned counsel and pursuant to Rule 7.3 of the Local Rules of Civil Procedure, all parties hereby stipulate, agree, and respectfully request, that the last day for Plaintiffs to file a Response to Defendants' Motion for Summary Judgment, ECF No. 110 (the "MSJ"), be extended to September 3, 2026, in accordance with the [Proposed] Order attached hereto. One previous extension of that deadline was sought and granted.

Good cause exists for the requested relief. As set forth in detail in the parties' first extension request, ECF No. 118, Plaintiffs' counsel continues to require significant time away from the office to deal with a serious medical issue involving his wife. In addition, counsel's remaining time has been largely taken up by participating in an array of

depositions and a significant amount of motion practice in other matters.   As a result, he has not been able to devote sufficient time to finalizing a Response to the MSJ, and seeks the additional time in order to do so.

Accordingly, Plaintiffs and Defendants all respectfully stipulate, agree, and move, that Plaintiffs' last day to respond to the MSJ be extended to September 3, 2026.

**RESPECTFULLY SUBMITTED** this 13th day of August 2026.

**MILLS + WOODS LAW, PLLC**

By    */s/ Sean A. Woods*
       Robert T. Mills
       Sean A. Woods
       5055 North 12th Street, Suite 101
       Phoenix, AZ 85014
       *Attorneys for Plaintiffs*

**WIENEKE LAW GROUP, PLC**

By    */s/ Laura Van Buren (w/ permission)*
       Kathleen L. Wieneke
       Laura Van Buren
       1225 W Washington St., Ste. 313
       Tempe, Arizona 85288
       *Attorneys for Defendants*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

**CERTIFICATE OF SERVICE**

I hereby certify that on August 13, 2026, I electronically transmitted the foregoing document to the Clerk's Office using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Kathleen L. Wieneke
kwieneke@wienekelawgroup.com
Laura Van Buren
lvanburen@wienekelawgroup.com
**WIENEKE LAW GROUP, PLC**
lrasmussen@wienekelawgroup.com
1225 W Washington St., Ste. 313
Tempe, Arizona 85288
*Attorneys for Defendants*


        */s/ Ben Dangerfield*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556