**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;<br><br>Plaintiffs,<br><br>v.<br><br>Mark Lamb and Jane Doe Lamb, husband and wife; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,<br><br>Defendants. | NO. 2:24-cv-01510-PHX-KML<br><br>**ORDER RE: JOINT MOTION TO EXTEND TIME FOR DEFENDANTS' REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** |

The Court, having considered the parties' Joint Motion to Extend Time for Defendants' Reply in Support of Motion for Summary Judgment ("Joint Motion"), and good cause appearing,

IT IS HEREBY ORDERED granting the Joint Motion.

IT IS FURTHER ORDERED that the Defendants shall have up to and including **October 2, 2026** to file their Reply in Support of Motion for Summary Judgment.

DATED: ____________________________

_________________________________
Honorable Krissa M. Lanham
United States District Judge