**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Allison Obregon, et al.,

Plaintiffs,

v.

Mark Lamb, et al.,

Defendants.

**NO. CV-24-01510-PHX-KML**

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed November 17, 2026, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed.

Daniel R. McAllister
District Court Executive/Clerk of Court

November 17, 2026

By s/ Rebecca Kobza
Deputy Clerk