## ITEMIZATION OF TAXABLE COSTS

| DATE | NAME | DESCRIPTION OF COST | AMOUNT |
|---|---|---|---|
| **Fees for printed or electronically recorded transcripts necessarily obtained for use in the case** | | | |
| 09/08/2025 | Griffin Group International | Depositions of Mariah Brady and Meagan Brady — Invoice 25658 | $944.70 |
| 09/08/2025 | Griffin Group International | Deposition of Allison Obregon — Invoice 25668 | $414.60 |
| 10/31/2025 | Griffin Group International | Depositions of Brandon Chapman, Samantha Plummer and Wade Putt — Invoice 26576 | $1,118.25 |
| 01/20/2026 | Coash Court Reporting & Video LLC | Deposition of Brady Gibson — Invoice 216036 | $1,160.55 |
| 05/25/2026 | Griffin Group International | Deposition of Mark Hafkey — Invoice 29574 | $835.40 |
| **TOTAL: Fees for Transcripts** | | | **$4,473.50** |
| **Fees for service of subpoenas (including witness fees)** | | | |
| 09/09/2025 | ABC Legal Services, LLC | Service of Subpoena on Samantha Plummer | $212.17 |
| 09/09/2025 | ABC Legal Services, LLC | Service of Subpoena on Wade Putt | $205.24 |
| 09/09/2025 | ABC Legal Services, LLC | Service of Subpoena on Brandon Chapman | $212.48 |
| **TOTAL: Fees for service of subpoenas** | | | **$629.89** |
| **Fees For Copies of Records Necessarily Obtained for Use in The Case** | | | |
| 09/10/2025 | MRO | Copies of Banner Health Records — Mariah Brady (including sales tax) | $1,009.11 |

| | | | |
|---|---|---|---|
| 09/22/2025 | HealthMark Group, LLC | Copies of Denova Collaborative Health Records — Mariah Brady | $42.25 |
| 10/19/2025 | Verisma Systems, Inc. | Copies of Phoenix Children's Hospital Records — Mariah Brady | $37.50 |
| **TOTAL: Copy Fees** | | | **$1,088.86** |
| **TOTAL:** | | | **$6,192.25** |