GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Laura Van Buren
Wieneke Law Group
1225 West Washington Street
Suite 313
Tempe, AZ 85281

# Invoice #25658

| Date | Terms |
|---|---|
| 09/08/2025 | Net 30 |

**Job #21132133 on 08/19/2025**

**Case:** Obregon v. Lamb

**Shipped On:** 09/05/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Robin Jasper; VideoDep, Inc.

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Mariah Brady Vol: 1** | | |
| Appearance Fee Hourly (2.5 Hours) | $ 45.00 | $ 112.50 |
| Original & One Copy- Video (83 Pages) | $ 4.60 | $ 381.80 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibit Processing - (100-1,000 pgs) | $ 100.00 | $ 100.00 |
| Delivery | $ 20.00 | $ 20.00 |
| Exhibits on USB | $ 35.00 | $ 35.00 |
| | | $ 674.30 |
| **Original Transcript of Meagan Brady Vol: 1** | | |
| Appearance Fee Hourly (1 Hour) | $ 45.00 | $ 45.00 |
| Original & One Copy- Video (38 Pages) | $ 4.60 | $ 174.80 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibits (Scanned B&W) (14 Pages) | $ 0.40 | $ 5.60 |
| Delivery | $ 20.00 | $ 20.00 |
| | | $ 270.40 |

| | |
|---|---|
| Amount Due: | $ 944.70 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 944.70** |
| **Payment Due:** | **10/08/2025** |

# *Invoice #25658*

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona 85018 RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**

GRIFFIN GROUP INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Laura Van Buren
Wieneke Law Group
1225 West Washington Street
Suite 313
Tempe, AZ 85281

# Invoice #25668

| Date | Terms |
|---|---|
| 09/08/2025 | Net 30 |

**Job #21132132 on 08/20/2025**

**Case:** Obregon v. Lamb

**Shipped On:** 09/04/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Tracy Reinke; VideoDep, Inc.

| Description | Price | Amount |
|---|---|---|
| Original Transcript of Allison Obregon | | |
| Appearance Fee Hourly (2 Hours) | $ 45.00 | $ 90.00 |
| Original & One Copy- Video (49 Pages) | $ 4.60 | $ 225.40 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibits (Scanned B&W) (48 Pages) | $ 0.40 | $ 19.20 |
| Exhibits on USB | $ 35.00 | $ 35.00 |
| Delivery | $ 20.00 | $ 20.00 |
| | | $ 414.60 |

Amount Due: $ 414.60
Paid: $ 0.00

| | |
|---|---|
| **Balance Due:** | **$ 414.60** |
| **Payment Due:** | **10/08/2025** |

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona 85018 RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**

GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Laura Van Buren
Wieneke Law Group
1225 West Washington Street
Suite 313
Tempe, AZ 85281

# Invoice #26576

| Date | Terms |
|---|---|
| 10/31/2025 | Net 30 |

**Job #21132976 on 09/25/2025**

**Case:** Obregon v. Lamb

**Shipped On:** 10/28/2025
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Teresa A. Watson; VideoDep, Inc.

| Description | Price | Amount |
|---|---|---|
| **Original Transcript of Brandon Chapman** | | |
| Appearance Fee Hourly (1.5 Hours) | $ 45.00 | $ 67.50 |
| Original & One Copy- Video (55 Pages) | $ 4.60 | $ 253.00 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibit Processing - (100-1,000 pgs) | $ 100.00 | $ 100.00 |
| Exhibits on USB | $ 35.00 | $ 35.00 |
| | | $ 480.50 |
| **Original Transcript of Samantha Plummer** | | |
| Appearance Fee Hourly (1 Hour) | $ 45.00 | $ 45.00 |
| Original & One Copy- Video (34 Pages) | $ 4.60 | $ 156.40 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| | | $ 226.40 |
| **Original Transcript of Wade Putt** | | |
| Appearance Fee Hourly (0.95 Hours) | $ 45.00 | $ 42.75 |
| Original & One Copy- Video (41 Pages) | $ 4.60 | $ 188.60 |
| E-Tran/E-File | $ 25.00 | $ 25.00 |
| Exhibit Processing - (100-1,000 pgs) | $ 100.00 | $ 100.00 |
| Delivery | $ 20.00 | $ 20.00 |
| Exhibits on USB | $ 35.00 | $ 35.00 |
| | | $ 411.35 |

# Invoice #26576

| | |
|---|---|
| Amount Due: | $ 1,118.25 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 1,118.25** |
| **Payment Due:** | **11/30/2025** |

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona 85018 RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**

**Coash Court Reporting & Video LLC**
1802 N. 7th Street
Phoenix, AZ 85006
Phone: 602-258-1440
Fax: 602-258-2062

Wieneke Law Group
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, AZ 85281

## *Invoice #216036*

| Date | Terms |
|---|---|
| 01/20/2026 | Net 30 |

**Job #2010001 on 01/05/2026**

**Case:** Allison Obregon vs. Mark Lamb
**Case No.#:** CV-24-1510-PHX-KML

| Description | Amount |
|---|---|
| **Copy Transcript Deposition of Brady Gibson** | |
| Certified Copy of the Deposition of | $ 672.75 |
| Electronic Exhibits | $ 52.80 |
| Electronic Transcript Package | $ 50.00 |
| | $ 775.55 |
| **Video Deposition of Brady Gibson** | |
| Video Upload and Delivery | $ 25.00 |
| Video Synced copy | $ 360.00 |
| | $ 385.00 |

| | |
|---|---|
| Amount Due: | $ 1,160.55 |
| Paid: | $ 0.00 |

***All aspects of the bill and invoice and other business terms comply with the ethical obligations set forth in ACJA 7-206 (J)(1)(g)(3) through (6).***

| | |
|---|---|
| **Balance Due:** | **$ 1,160.55** |
| **Payment Due:** | **02/19/2026** |

***Want to pay online? Click here... https://alservicelink.com/coashcourtreportingandvideo/quickpay/index/division/104.***

**TERMS: Payment in full is due upon receipt. 1.5% interest per month on unpaid balance after 60 days.**
**If Coash Court Reporting & Video, LLC, deems it necessary to pursue legal action on any and all invoices, accumulated interest, any and all court costs and/or attorney's fees may be sought.**
**Arizona Court of Appeals has ruled that attorneys, not their clients, are responsible for paying court reporters' invoices in Cahn v. Fisher, 167 Ariz. 219, 805 P.2d 1040 (Ariz. Ct. App. 1991)**

**Coash Court Reporting & Video LLC**
**1802 N. 7th Street**
**Phoenix, AZ 85006**
**602-258-1440**
**Tax ID 92-1275767**

GRIFFIN GROUP
INTERNATIONAL
3200 East Camelback Road, Suite 177
Phoenix, Arizona 85018

Laura Van Buren
Wieneke Law Group
1225 West Washington Street
Suite 313
Tempe, AZ 85281

# Invoice #29574

| Date | Terms |
|---|---|
| 05/25/2026 | Net 30 |

**Job #21135880 on 04/24/2026**

**Case:** Obregon v. Lamb

**Shipped On:** 05/25/2026
**Shipped Via:** Electronic Delivery
**Delivery Type:** Normal
**Reporter:** Robin Jasper; VideoDep, Inc.

| Description | Units | Price | Amount |
|---|---|---|---|
| **Original Transcript of Mark Hafkey Vol: 1** | | | |
| Appearance Fee Hourly | 4 Hours | $ 55.00 | $ 220.00 |
| Original & One Copy - Video - Expert | 104 Pages | $ 5.15 | $ 535.60 |
| E-Tran/E-File | | $ 30.00 | $ 30.00 |
| Exhibits (Scanned B&W) | 40 Pages | $ 0.50 | $ 20.00 |
| Exhibits (Color Copies) | 4 Pages | $ 1.20 | $ 4.80 |
| Assembly and Handling | | $ 25.00 | $ 25.00 |
| | | | $ 835.40 |

Amount Due: $ 835.40
Paid: $ 0.00

| | |
|---|---|
| **Balance Due:** | **$ 835.40** |
| **Payment Due:** | **06/24/2026** |

**Tax ID No. 74-3158557**
**602.264.2230**
**3200 East Camelback Road, Suite 177, Phoenix, Arizona 85018 RRF No. R1005**
**All aspects of this invoice comply with the ethical obligations set forth in ACJA 7-206(J)(1)(g)(3) through (6).**

abclegal

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Wieneke Law Group**
**<lrasmussen@wienekelawgroup.com>**

| | |
|---|---|
| INVOICE# | 23898926.100 |
| DATE | Sep 09, 2025 |
| ACCOUNT# | 182614 |
| ATTENTION | lrasmussen@wienekelawgroup.com |
| REFERENCE# | Obregon |

**AMOUNT DUE** **$ 0.00**

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** 072 - DEFS NOD - Samantha Plummer (9.25.25 at 9am).pdf, 20250909 - Subpoena to Appear for DEPO - SAMANTHA PLUMMER.pdf<br>**Rush Requested:** Yes<br>**Parties To Serve:** 1 | 150.00 |
| Cash Advance | **Uploaded File(s):** 072 - DEFS NOD - Samantha Plummer (9.25.25 at 9am).pdf, 20250909 - Subpoena to Appear for DEPO - SAMANTHA PLUMMER.pdf<br>**Rush Requested:** Yes<br>**Parties To Serve:** 1 | 56.52 |
| Cash Processing | | 5.65 |

| | |
|---|---|
| SUBTOTAL | $ 212.17 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 212.17** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 7824 | September 09, 2025 | 212.17 |

abclegal

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

| | |
|---|---|
| INVOICE# | 23898926.100 |
| DATE | Sep 09, 2025 |
| ACCOUNT# | 182614 |
| ATTENTION | lrasmussen@wienekelawgroup.com |
| REFERENCE# | Obregon |

**BILL TO:**

**Wieneke Law Group <lrasmussen@wienekelawgroup.**

| | |
|---|---|
| **AMOUNT PAID** | **$ 212.17** |
| **AMOUNT DUE** | **$ 0.00** |

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Wieneke Law Group**
**<lrasmussen@wienekelawgroup.com>**

| | |
|---|---|
| INVOICE# | 23898943.100 |
| DATE | Sep 09, 2025 |
| ACCOUNT# | 182614 |
| ATTENTION | lrasmussen@wienekelawgroup.com |
| REFERENCE# | Obregon |

**AMOUNT DUE** **$ 0.00**

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** 20250909 - Subpoena to Appear for DEPO - WADE PUTT.pdf, 073 - DEFS NOD - Wade Putt (9.25.25 at 10.30am).pdf<br>**Rush Requested:** Yes<br>**Parties To Serve:** 1 | 150.00 |
| Cash Advance | **Uploaded File(s):** 20250909 - Subpoena to Appear for DEPO - WADE PUTT.pdf, 073 - DEFS NOD - Wade Putt (9.25.25 at 10.30am).pdf<br>**Rush Requested:** Yes<br>**Parties To Serve:** 1 | 50.22 |
| Cash Processing | | 5.02 |

| | |
|---|---|
| SUBTOTAL | $ 205.24 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 205.24** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 7824 | September 09, 2025 | 205.24 |

| | |
|---|---|
| **AMOUNT PAID** | **$ 205.24** |
| **AMOUNT DUE** | **$ 0.00** |

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Wieneke Law Group**
**<lrasmussen@wienekelawgroup.com>**

| | |
|---|---|
| INVOICE# | 23898957.100 |
| DATE | Sep 09, 2025 |
| ACCOUNT# | 182614 |
| ATTENTION | lrasmussen@wienekelawgroup.com |
| REFERENCE# | Obregon |

**AMOUNT DUE $ 0.00**

| | |
|---|---|
| CASE # | N/A |
| CASE TITLE | N/A |
| COURT | N/A |

## SERVICES PERFORMED

| DESCRIPTION | NOTE | AMOUNT |
|---|---|---|
| **Prepare Suit** | | |
| Process Service - Web Upload | **Uploaded File(s):** 074 - DEFS NOD - Brandon Chapman (9.25.25 at 12pm).pdf, 20250909 - Subpoena to Appear for DEPO - BRANDON CHAPMAN.pdf<br>**Rush Requested:** Yes<br>**Parties To Serve:** 1 | 150.00 |
| Cash Advance | **Uploaded File(s):** 074 - DEFS NOD - Brandon Chapman (9.25.25 at 12pm).pdf, 20250909 - Subpoena to Appear for DEPO - BRANDON CHAPMAN.pdf<br>**Rush Requested:** Yes<br>**Parties To Serve:** 1 | 56.80 |
| Cash Processing | | 5.68 |

| | |
|---|---|
| SUBTOTAL | $ 212.48 |
| SALES TAX | $ 0.00 |
| **TOTAL CHARGES** | **$ 212.48** |

## PAYMENTS

| SOURCE | DATE | AMOUNT |
|---|---|---|
| MasterCard ending in 7824 | September 09, 2025 | 212.48 |

# Invoice

Pay now at abclegal.com | ABC Legal Services, LLC | 1099 Stewart St, Suite 700, Seattle, WA 98101 | 206-521-9000 | ar@abclegal.com | Tax ID: 91-1153514

**BILL TO:**

**Wieneke Law Group <lrasmussen@wienekelawgroup.**

| | |
|---|---|
| INVOICE# | 23898957.100 |
| DATE | Sep 09, 2025 |
| ACCOUNT# | 182614 |
| ATTENTION | lrasmussen@wienekelawgroup .com |
| REFERENCE# | Obregon |

| | |
|---|---|
| **AMOUNT PAID** | **$ 212.48** |
| **AMOUNT DUE** | **$ 0.00** |

**MRO**
1000 Madison Avenue, Suite 100
Norristown, PA 19403

# Invoice

104447568
September 10, 2025

mro
Phone: (610) 994-7500 Opt. 1
Fax: (610) 962-8421

**Records Department**
Wieneke Law Group
1225 W. Washington St
Ste 313
Tempe, AZ 85288

You can track and pay for your request online at: **www.roilog.com**
On 9/5/2025 the following healthcare provider received your request for copies of medical records:

**Banner Health - All Locations**
1400 S. Dobson Road
Mesa, AZ 85202

You requested records for: **MARIAH BRADY**

Your Reference ID:
MRO Request ID: 104447568
MRO Online Tracking Number: BANRFWR47XAJT

Records consisting of more than 75 pages may be sent on CD-ROM.

Cancelled requests or unpaid invoices may be subject to a cancellation fee.

**Fees**

| | |
|---|---|
| Search and Retrieval Fee: | $25.00 |
| Number of Pages: | 3634 |
| Tier 1: | $908.50 |
| Tier 2: | $0.00 |
| Tier 3: | $0.00 |
| Media pages/materials: | 0 |
| Media Fee: | $0.00 |
| Certification Fee: | $0.00 |
| Adjustments: | $0.00 |
| Postage: | $0.00 |
| Sales Tax: | $75.61 |
| TOTAL: | $1009.11 |
| Paid at Facility: | ( $0.00) |
| Paid to MRO: | ( $0.00) |
| **BALANCE DUE:** | **$1009.11** |

**PAYMENT**

*You may pay this invoice online at:* **www.roilog.com**

This is your invoice for providing the copies of the medical records.

*You can send a check to:*

**MRO**
**P.O. Box 6410,**
**Southeastern, PA 19398-6410**
**MRO Tax ID (EIN): 01-0661910**

*Please write invoice # on the check or return this invoice with the payment*

By proceeding with this order, you are representing that you: have reviewed, understood, and approved the charges; have agreed to pay them; and have agreed to the following terms. Any dispute relating to the charges in this invoice must be presented before proceeding with this order. Any dispute not so presented is waived. Presentation of a dispute must be made by telephone (610) 994-7500 Opt. 1. All disputes regarding the charges in this invoice, whether presented by you or by MRO, must be resolved by arbitration under the Federal Arbitration Act through one or more neutral arbitrators before the American Arbitration Association (AAA). Your dispute will be resolved by the arbitrators, and not by a judge or a jury. Class arbitrations are not permitted. Disputes must be brought only in the claimant's individual capacity and not as a representative or member of a class. An arbitrator may not consolidate your dispute with the dispute of anyone else nor preside over any form of class proceeding. Upon request by you at the time a dispute is presented, MRO will pay the AAA fee for arbitration of your dispute.

**Please contact MRO at (610) 994-7500 Opt. 1 for any questions regarding this invoice.**
**MRO is the medical copy request processor for: Banner Health - All Locations.**

**From:** HealthMark Group
**To:** Emma Fisher
**Subject:** HealthMark Group - Invoice Receipts
**Date:** Thursday, October 2, 2025 9:42:21 AM
**Attachments:** 20957064.pdf

Attached are PDF receipts for each invoice paid. Below is a list of the invoices paid in your transaction:

| Invoice | Patient | Location | | Amount |
|---|---|---|---|---|
| 20957064 | MARIAH BRADY | DENOVA COLLABORATIVE HEALTH | | $42.25 |
| | | | **Subtotal** | $42.25 |
| | | | **Credit Card Convenience Fee** | $1.16 |
| | | | **Payment Total** | $43.41 |

If your request was submitted with an affidavit, written deposition questions, or another type of certification to be completed, please note that the original legal document will follow by mail. The original document will not be available to you when you select to download a copy of the medical records.

Please do not respond to this email. If further assistance is needed, please feel free to call in to our customer service department at 800-659-4035.

This transmission may contain information that is privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or use of the information contained herein (including any reliance thereon) is STRICTLY PROHIBITED. If you received this transmission in error, please immediately contact the sender and destroy the material in its entirety, whether in electronic or hard copy format.

**Invoice - 20957064**
Federal Tax ID 36-4581087
Invoice Date 09/22/2025

HEALTHMARK GROUP

**Access Code 233784**

WIENEKE LAW GROUP PLC
1225 W WASHINGTON ST
STE 313
TEMPE AZ 85288-1239

**Please Make Check Payable To:**
HEALTHMARK GROUP, LLC
ATTN: ACCOUNTS RECEIVABLE
P.O Box 735443
Dallas, TX 75373-5443

**Your Reference: MARIAH BRADY**
**Request ID: 20576618**

**Pertaining To : MARIAH BRADY**

**Our Services Ordered By :**
WIENEKE LAW GROUP PLC
1225 W WASHINGTON ST
STE 313
TEMPE AZ 85288-1239

**Records From :**
DENOVA COLLABORATIVE HEALTH
3033 N CENTRAL AVE
PHOENIX AZ 85012

| Fee Description | Quantity | Rate | Sales Tax | Charge |
|---|---|---|---|---|
| BASE FEE | 1 | $25.00 | No | $25.00 |
| Page Fee | 56 | $0.25 | No | $14.00 |
| Delivery | 1 | $3.25 | No | $3.25 |
| | | | **Subtotal** | $42.25 |
| | | | **Sales Tax** (0.00%) | $0.00 |
| | | | **Total** | **$42.25** |

Sales tax has been applied to all taxable products and services at the current and applicable local and state rates.

**Notes**

HEALTHMARK GROUP

**Invoice - 20957064**
Federal Tax ID 36-4581087
Invoice Date 09/22/2025

---

**REMITTANCE - RETURN WITH YOUR PAYMENT**

**Invoice - 20957064**
Pertaining To: MARIAH BRADY

**Please Make Check Payable To:**
HEALTHMARK GROUP, LLC
ATTN: ACCOUNTS RECEIVABLE
P.O. Box 735443
Dallas, TX 75373-5443

Payment is accepted by check or credit card. Fax this form or pay online at https://requestmanager.healthmark-group.com/XBCBL5QX

___ Visa Card Number ______________________ Expiration ________

___ MasterCard Phone ______________________ Sec. Code ________

___ AMEX Signature ______________________ Date ________

---

Pay your invoice online at https://requestmanager.healthmark-group.com/XBCBL5QX
Email accounting@healthmark-group.com for payment assistance
Contact us at info@healthmark-group.com for fast and compliant release of medical records

**From:** VERISMA SYSTEMS INC
**To:** Emma Fisher
**Subject:** RECEIPT FOR MEDICAL RECORDS
**Date:** Wednesday, October 22, 2025 5:26:01 PM
**Attachments:** logo.png
logo.png

---

verisma

$38.62 USD

10/22/2025 06:25:51 PM

VERISMA SYSTEMS INC

**Your payment has been approved**

Thank you for your recent payment to VERISMA SYSTEMS INC LEVEL 3, 1750 Founders Parkway Ste 130, Alpharetta, GA, 30009, 315-928-3470, customerservice@VERISMA.COM. Please keep this receipt for your files in the event you need to contact VERISMA SYSTEMS INC LEVEL 3 about your payment.

| | |
|---|---|
| **Transaction Type** | SALE |
| **Payment** | MC 54**********7824 |
| **Transaction ID** | 221025C2B-8830A948-7C92-42BB-9FEC-E8028CE7426F |
| **Approval Code** | 09677J |
| **Approval Message** | APPROVAL |
| **ECI** | |
| **Amount** | $37.50 USD |
| **Credit Surcharge** | $1.12 USD |
| **Total of all charges and fees** | $38.62 USD |
| **Verisma Invoice Number** | 6463-62457 |

| | |
|---|---|
| Discount Amount | $0.00 |
| Total | $38.62 USD |

Please remember that this payment using a credit card includes a Surcharge charged by VERISMA SYSTEMS INC LEVEL 3.**There is no surcharge for debit card payments.**

All Surcharge inquiries should be directed to: VERISMA SYSTEMS INC LEVEL 3, 1750 Founders Parkway Ste 130, Alpharetta, GA, 30009, 315-928-3470, customerservice@VERISMA.COM.

Terms and Conditions

Elavon is a third party payment processor engaged by the biller to process online credit and debit card bill payments. The biller may charge you a credit card Surcharge for your use of the Elavon Hosted Web Page payment service to make online bill payments to the biller using a credit card. The Surcharge is in addition to the Amount paid to the biller for credit card payments. This surcharge is not greater than the biller's total cost of accepting a credit card. There is no surcharge for debit card payments. If you do not want to pay the Surcharge, you must not use a credit card on the Elavon Hosted Web Page payment service and instead pay using a debit card or make alternative arrangements to pay the biller.

By paying your bill using the Elavon Hosted Web Page payment service, you authorize the biller to charge your credit or debit card in the Amount shown. You further authorize the biller to charge your credit card for the Surcharge shown. You represent that you are authorized to use the credit or debit card for this transaction, that you have sufficient funds in your credit or debit card account to make these payments and that your online bill payment is being made for a lawful purpose.

Your obligation to pay your bill, including the payment Amount and Surcharge (if applicable), when payments are posted to your biller account, the biller's refund policy (if any) and the biller's use of your personal information, is governed by the biller's terms and conditions and privacy policy as posted on their website. Any information that Elavon collects to process your online bill payment is governed by the Elavon Privacy Policy.

Elavon is not responsible for any disputes about the payment Amount or Surcharge, when payments are posted to your biller account, refunds or other concerns about your bill payment. You must contact the biller directly to resolve these disputes. You agree that Elavon will not be liable for any direct, indirect, incidental, consequential, or punitive damages.

---

**Bill To**

Emma Fisher

Wieneke Law Group, PLC

Emma Fisher

602-835-8907

efisher@wienekelawgroup.com

85288

1225 W Washington St, Suite 31

---

VERISMA SYSTEMS INC

1750 Founders Parkway Ste 130 Alpharetta GA 30009 | 315-928-3470

The information contained in this e-mail and in any attachments is intended only for the person or entity to which it is addressed and may contain confidential and/or privileged material. Any review, retransmission, dissemination or other use of, or taking of any action in reliance upon, this information by persons or entities other than the intended recipient is prohibited. This message has been scanned for known computer viruses.

# INVOICE

Phoenix Children`s Hospital
c/o Verisma Systems, Inc.
PO Box 201326
Dallas, TX 75320-1326

To: WIENEKE LAW GROUP PLC
TAMMI AGOSTA
1225 W WASHINGTON STREET
SUITE 313
TEMPE, AZ 85288

verisma

**Pay Online & Download**

https://track.verisma.com

Access Code: e8nstvg4

**Pay By Check**

Pay to: **Verisma Systems, Inc.**

Memo: #1006463-62457

**Verisma Systems, Inc.**
PO Box 201326
Dallas, TX 75320-1326

**Customer Service by Verisma**

866-390-7404

customerservice@verisma.com

https://www.verisma.com

# Invoice for Medical Record Request

Case #2:24-CV-01510-PHX-KML | Patient: B, MARIAH

Invoice #1006463-62457 | Invoice date: 10/19/2025 | Payment due: 11/2/2025

| # | Item | Description | Pages | Amount |
|---|---|---|---|---|
| 1 | Paper/EMR copies | Base 101-200 pages | 155 | $20.00 |
| 2 | Paper/EMR copies | Per page fee | 155 | $15.50 |
| 3 | Certification | | 155 | $2.00 |
| | | | **Sales Tax** | $0.00 |
| | | | **Total Due** | $37.50 |

Note: A non-refundable service fee is imposed on credit card transactions to cover secure processing costs. This fee is not applicable to debit cards, or other forms of payments.
Please send payment within 14 days of receiving this invoice.

Tax ID: 03-0438772