Kathleen L. Wieneke, Bar #011139
Laura Van Buren, Bar #031669
WIENEKE LAW GROUP, PLC
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
Telephone: (602) 715-1868
Fax: (602) 455-1109
Email: kwieneke@wienekelawgroup.com
Email: lvanburen@wienekelawgroup.com

*Attorneys for Defendants Teeple and Gibson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

Allison Obregon, an individual; Allison Obregon on behalf of and as legal guardian and parent of her minor child, MC; Allison Obregon as pending personal representative of the Estate of Micheal Obregon; Meagan Brady, individually; Meagan Brady on behalf of and as legal guardian and parent of her minor child, MB;

Plaintiffs,

v.

Ross Teeple; Brady Gibson and Jane Doe Gibson, husband and wife; John and Jane Does 1-X,

Defendants.

NO. 2:24-cv-01510-PHX-KML

**DEFENDANTS' MEMORANDUM IN SUPPORT OF BILL OF COSTS**

Pursuant to LRCiv 54.1(a), Defendants Teeple and Gibson submit this Memorandum in Support of their Bill of Costs requesting $6,192.25

## I. INTRODUCTION.

Judgment was entered for Defendants on November 17, 2026 (Doc. 128), following the order granting summary judgment (Doc. 127). Defendants are therefore the prevailing parties under LRCiv 54.1(d), which expressly recognizes the party obtaining summary judgment as the prevailing party. Pursuant to 28 U.S.C. § 1920, LRCiv 54.1(d) and (e), and Federal Rule of Civil Procedure (Rule) 54(d)(1), Defendants request $6,192.25 in costs: $4,473.50 for deposition transcripts, $629.89 for subpoena service and witness fees, and $1,088.86 for necessary third-party record copies.

Rule 54(d)(1) establishes a presumption in favor of awarding costs to the prevailing party, and the losing party bears the burden of demonstrating why costs should not be awarded. *Stanley v. Univ. of S. Cal.*, 178 F.3d 1069, 1079 (9th Cir. 1999). The Court retains discretion in fixing taxable costs, subject to the limits imposed by statute. *Johnson v. Pac. Lighting Land Co.*, 878 F.2d 297, 298 (9th Cir. 1989) (citing *Farmer v. Arabian Am. Oil Co.*, 379 U.S. 227, 233 (1964)). Defendants seek recovery under that framework for the expenses itemized below.

## II. DEFENDANTS ARE ENTITLED TO ALL COSTS ENUMERATED IN THE BILL OF COSTS.

### A. Costs Associated with Transcripts.

Under 28 U.S.C. § 1920(2) and LRCiv 54.1(e)(3), necessarily obtained stenographic deposition transcripts and reasonable reporter expenses are taxable. Defendants request the full amounts of Griffin Reporter invoices 25658 ($944.70), 25668 ($414.60), 26576 ($1,118.25), and 29574 ($835.40), and Coash invoice 216036 ($1,160.55), totaling **$4,473.50**. These invoices concern the depositions of Plaintiffs Mariah Brady, Meagan Brady, and Allison Obregon; eyewitnesses Brandon Chapman, Samantha Plummer, and Wade Putt; Defendant Brady Gibson; and Plaintiffs' police procedures expert, Mark Hafkey. Defendants necessarily obtained these transcripts to evaluate and defend against Plaintiffs' claims and cited them extensively in support of their Motion for Summary Judgment. (*See* Doc. 110 at Exhibits 1, 2, 4, 6, and 11.)

### B. Costs Associated with Subpoena Service and Witness Fees.

LRCiv 54.1(e)(1) permits taxation of private process-server fees, including fees incurred to serve deposition subpoenas. *See Alflex Corp. v. Underwriters Laboratories, Inc.*, 914 F.2d 175, 176, 178 (9th Cir. 1990). Witness fees are separately taxable under 28 U.S.C. § 1920(3). For deposition witnesses, recoverable amounts include the statutory attendance fee of $40 per day and allowable travel expenses, including mileage, under 28 U.S.C. § 1821(a)–(c). Here, Defendants request **$629.89** for serving deposition subpoenas on Samantha Plummer ($212.17), Wade Putt ($205.24), and Brandon Chapman ($212.48).

These amounts reflect the full charges on ABC Legal invoices 23898926.100, 23898943.100, and 23898957.100, respectively, all dated September 9, 2025, and include service fees, witness-fee advances, and associated cash-processing charges.

**C. Reasonable Costs of Records.**

Defendants also request **$1,088.86** for reasonable copies of records necessarily obtained from third-party custodians under 28 U.S.C. § 1920(4) and LRCiv 54.1(e)(5): $1,009.11 for Mariah Brady's Banner Health records through MRO (invoice 104447568, dated September 10, 2025); $42.25 for her Denova Collaborative Health records through HealthMark Group (invoice 20957064, dated September 22, 2025); and $37.50 for her Phoenix Children's Hospital records through Verisma (invoice 1006463-62457, dated October 19, 2025). These records were necessarily obtained to evaluate and defend against her claim for intentional infliction of emotional distress. *See PCT International, Inc. v. Holland Electronics LLC*, No. CV-12-01797-PHX-JAT, 2016 U.S. Dist. LEXIS 47685 (D. Ariz. Apr. 8, 2016) (awarding $524.10 in copying costs for records necessarily obtained from third-party record custodians); *McBurnie v. City of Prescott*, No. CV-09-8139-PCT-FJM, 2011 U.S. Dist. LEXIS 123201 (D. Ariz. Oct. 21, 2011) (upholding taxation of $531.25 for copies of the plaintiff's workers' compensation claims file).

**III. CONCLUSION**

Based upon the foregoing, Defendants request that the Court award their costs in the amount of **$6,192.25**.

DATED this 24th day of November, 2026.

WIENEKE LAW GROUP, PLC

By: */s/ Laura Van Buren*

Kathleen L. Wieneke
Laura Van Buren
1225 West Washington Street, Suite 313
Tempe, Arizona 85288
*Attorneys for Defendants Teeple and Gibson*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 24, 2026, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
*Attorneys for Plaintiffs*

I hereby certify that on this same date, I served the attached document by U.S. Mail, postage prepaid, on the following, who is NOT a registered participant of the CM/ECF System:

N/A

By: */s/ Lauren Rasmussen*